ANDREW M. ZACKS (SBN 147794)
EMILY L. BROUGH (SBN 284943)
ZACKS, FREEDMAN & PATTERSON, PC
1970 Broadway, Suite 1270
Oakland, CA 94612
Tel: (510) 469-0555
az@zfplaw.com
emily@zpflaw.com

Attorneys for Plaintiffs and Petitioners
JOHN WILLIAMS
ROBERT VOGEL
SHEANNA ROGERS
MICHAEL LOEB
JACQUELINE WATSON-BAKER
HOUSING PROVIDERS OF AMERICA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JAQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA, a 501(c)(4) non-profit Corporation,<br><br>Plaintiffs and Petitioners,<br><br>vs.<br><br>ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS, CITY OF OAKLAND, OAKLAND CITY COUNCIL and DOES 1-10,<br><br>Defendants and Respondents. | Case No.: 3:22-cv-01274<br><br>**DECLARATION OF JOHN WILLIAMS IN SUPPORT OF PLAINTIFFS' AND PETITIONERS' MOTION FOR BIFURCATION OF FACIAL AND AS-APPLIED CLAIMS** |

I, John Williams, declare as follows:

1. I am an individual over the age of 18, and a plaintiff in the above-captioned action. I have

1

1. personal knowledge of the following facts, and I would testify truthfully thereto if called to do so.

2. I own a duplex located at 1109 32nd Street, Oakland, California.

3. The rent for the property only barely covers my property expenses for 1109 32nd Street.

4. The current renter in the three-bedroom one-bath downstairs unit, Martina Martin, has occupied the unit for approximately ten years, and until the past two years, has always paid the rent for the unit, which is approximately $1,500.00 per month.

5. After Oakland and Alameda County enacted the Moratoriums in 2020, the renter stopped paying rent and has not paid since.

6. The renter's failure to pay is not related to any Covid-19 related reason, the renter operated a moving and storage business, "Martina's Ride" out of her unit since 2017, and through much of 2021.

7. The renter refuses to cooperate with my efforts to recoup unpaid rents through the rent relief program, and therefore the City of Oakland rejected my application for noncompliance.

8. The renter in the upper unit of my duplex vacated in March of 2021, I have kept this unit vacant out of fear that a new renter will move in and refuse to pay rent.

9. I am worried that I will lose the property. I applied for and received three months of mortgage forbearance, but that forbearance expired, and furthermore only delays my obligation to pay the mortgage.

10. In order to alleviate my financial problems, I attempted to sell the property, but my non-paying renter has made the property virtually unsalable to any reasonable value.

11. In October of 2021, I was so riddled with stress caused by my non-paying renter and the possibility of losing 1109 32nd Street to foreclosure, I was hospitalized and remain disabled as a result.

12. This disability has devastated me financially; my condition forced me to quit my job and move into the upper unit of 1109 32nd Street – directly above my non-paying renter—to save money.

13. I believe the above-described distress and financial impacts are a direct result of the City of Oakland and County of Alameda Moratoriums.

//

//

1  Oakland and County of Alameda Moratoriums.
2  //
3  //
4      I declare, under penalty of perjury that the foregoing is true and correct, and that I executed
5  this declaration on ___April 25___, 2022, in ___Oakland___, California.

                                                      *John Williams*
                                                      John Williams, Declarant

ZACKS, FREEDMAN & PATTERSON, PC
601 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94111

DECLARATION OF JOHN WILLIAMS IN SUPPORT OF PLAINTIFFS' AND PETITIONERS' MOTION FOR
BIFURCATION OF FACIAL AND AS-APPLIED CLAIMS (3:22-cv-01274)