ANDREW M. ZACKS (SBN 147794)
EMILY L. BROUGH (SBN 284943)
ZACKS, FREEDMAN & PATTERSON, PC
1970 Broadway, Suite 1270
Oakland, CA 94612
Tel: (510) 469-0555
az@zfplaw.com
emily@zpflaw.com

Attorneys for Plaintiffs and Petitioners
JOHN WILLIAMS
ROBERT VOGEL
SHEANNA ROGERS
MICHAEL LOEB
JACQUELINE WATSON-BAKER
HOUSING PROVIDERS OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JAQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA, a 501(c)(4) non-profit Corporation,<br><br>Plaintiffs and Petitioners,<br><br>vs.<br><br>ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS, CITY OF OAKLAND, OAKLAND CITY COUNCIL and DOES 1-10,<br><br>Defendants and Respondents. | Case No.: 3:22-cv-01274<br><br>**DECLARATION OF SHEANNA ROGERS IN SUPPORT OF PLAINTIFFS' AND PETITIONERS' MOTION FOR BIFURCATION OF FACIAL AND AS-APPLIED CLAIMS** |

I, Sheanna Rogers, declare as follows:

   1. I am an individual over the age of 18, and am a plaintiff in the above-captioned action. I have

1

DECLARATION OF SHEANNA ROGERS IN SUPPORT OF PLAINTIFFS' AND PETITIONERS' MOTION FOR BIFURCATION OF FACIAL AND AS-APPLIED CLAIMS (3:22-cv-01274)

1. personal knowledge of the following facts, and I would testify truthfully thereto if called to do so.

2. I own the property at 23243 Maud Ave., Hayward, California.

3. I ran a small, three-bedroom, independent living facility at 23243 Maud Ave, where my husband and I cared and provided for people with mental disabilities and no families to turn to. I was able to provide my clients with a safe living space and meals they could count on at 23243 Maud Ave. Many of my clients had lived at this address for over five years.

4. 23243 Maud Ave has a separate studio unit. I rented this unit in 2018 to the current renter, who paid $1,000 per month.

5. The current renter was never part of the independent living facility and I depend on the supplemental rental income to support my family.

6. Prior to Alameda County's Moratorium, my renter began harassing my clients in the independent living facility. The renter would scream profanities at my clients and throw garbage from his unit into the street directly in front of the property.

7. The renter's actions got so bad that I was forced to file a restraining order against the renter and commence eviction proceedings to protect my clients and my property.

8. In February of 2020, the renter and I came to a settlement agreement, whereby the renter agreed to vacate the property in April of 2020. However, after Alameda County enacted its Moratorium, in March 2020, the renter refused to leave.

9. The renter is currently still occupying the property and has not paid rent in over two years. The renter's failure to pay is not related to any Covid-19 related reason.

10. During this time, the renter continued to harass my clients and I was forced to close my business as a result.

11. I applied for rental assistance from Alameda County, but because my renter will not cooperate with me, the County has refused to provide me with any relief.

//

//

//

2

DECLARATION OF SHEANNA ROGERS IN SUPPORT OF PLAINTIFFS' AND PETITIONERS' MOTION FOR BIFURCATION OF FACIAL AND AS-APPLIED CLAIMS (3:22-cv-01274)

1   I declare, under penalty of perjury that the foregoing is true and correct, and that I executed
2   this declaration on __April 26__, 2022, in __Hayward__, California.

_Sheanna Rogers_
Sheanna Rogers, Declarant

ZACKS, FREEDMAN & PATTERSON, PC
601 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94111

3

DECLARATION OF SHEANNA ROGERS IN SUPPORT OF PLAINTIFFS' AND PETITIONERS' MOTION FOR BIFURCATION OF FACIAL AND AS-APPLIED CLAIMS (3:22-cv-01274)