MARC SELTZER (54534)
mseltzer@susmangodfrey.com
KRYSTA K. PACHMAN (280951)
kpachman@susmangodfrey.com
GLENN C. BRIDGMAN (298134)
gbridgman@susmangodfrey.com
NICHOLAS N. SPEAR (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Proposed Intervenor-Defendant Alliance of Californians for Community Empowerment Action*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JAQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA, a 501(c)(4) non-profit Corporation,<br><br>Plaintiffs and Petitioners,<br><br>vs.<br><br>ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS, CITY OF OAKLAND, OAKLAND CITY COUNCIL and DOES 1-10,<br><br>Defendants and Respondents. | Case No. 3:22-cv-01274-LB<br><br>**(1) STIPULATION FOR INTERVENTION OF ALLIANCE FOR CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION**<br><br>**(2) [~~PROPOSED~~] ORDER** |

Plaintiffs John Williams, Robert Vogel, Sheanna Rogers, Michael Loeb, Jaqueline Watson-Baker, and Housing Providers of America (collectively "Plaintiffs"), Defendants Alameda County, Alameda County Board of Supervisors, City of Oakland, and Oakland City Council (collectively, "Defendants"), and Proposed Intervenor-Defendant Alliance for Californians for Community Empowerment Action ("ACCE"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiffs filed this lawsuit against Defendants on March 1, 2020, which stated that Plaintiffs seek "damages caused by Defendants' residential eviction moratoriums (collectively, "Moratoriums"), and an order declaring said Moratoriums invalid, illegal, and unenforceable";

WHEREAS, ACCE is a 501(c)(4) statewide membership organization representing and advocating for tenants, including tenants in the City of Oakland and Alameda County;

WHEREAS, ACCE seeks to intervene in this matter to defend the "Moratoriums" on behalf of its members and low-income tenants in Oakland and Alameda County; and

WHERAS, Plaintiffs and Defendants do not object to ACCE's intervention in this matter.

NOW THEREFORE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, as follows:

1. ACCE can intervene in this action as a defendant.

**IT IS SO STIPULATED.**

Dated: April 27, 2022     By:     */s/ Nicholas N. Spear*
                                  Nicholas N. Spear (304281)
                                  SUSMAN GODFREY L.L.P
                                  nspear@susmangodfrey.com

                                  *Attorney for Proposed Intervenor-Defendant Alliance of Californians for Community Empowerment Action*

| | | | |
|---|---|---|---|
| Dated: April 27, 2022 | | By: | /s/ Emily L. Brough |

Andrew M. Zacks (147794)
Emily L. Brough (284943)
ZACKS, FREEDMAN & PATTERSON, PC
1970 Broadway, Suite 1270
Oakland, CA 94612
Telephone: (510) 469-0555
az@zfplaw.com
emily@zfplaw.com

*Attorneys for Plaintiffs John Williams, Robert Vogel, Sheanna Rogers, Michael Loeb, Jaqueline Watson-Baker, and Housing Providers of America*

Dated: April 27, 2022      By:   /s/ Matthew D. Zinn

Matthew D. Zinn (214587)
Edward T. Schexnayder (284494)
Mindy K. Jian (336139)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
Schexnayder@smwlaw.com
mjian@smwlaw.com

*Attorneys for Defendants Alameda County and Alameda County Board of Supervisors*

Dated: April 27, 2022      By:   /s/ Cynthia Stein

Barbara J. Parker, City Attorney (069722)
Maria Bee, Chief Assistant City Attorney (167716)
Cynthia Stein, Deputy City Attorney (307974)
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone: (510) 238-4779
Facsimile: (510) 238-6500
cstein@oaklandcityattorney.org

*Attorneys for Defendants City of Oakland and Oakland City Council*

1  **[PROPOSED] ORDER**

2  PURSUANT TO THE STIPULATION, Alliance of Californians for Community
3  Empowerment Action INTERVENES in this action as a defendant.
4  IT IS SO ORDERED.

6  DATED: April 28, 2022

                                                   Hon. Laurel Beeler
                                                   United States Magistrate Judge
                                                   Northern District of California

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: April 27, 2022          */s/ Nicholas N. Spear*
                                Nicholas N. Spear

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served on all current counsel of record on April 27, 2022.

/s/ Nicholas N. Spear
Nicholas N. Spear

10568389v1/017475