MARC SELTZER (54534)
mseltzer@susmangodfrey.com
KRYSTA K. PACHMAN (280951)
kpachman@susmangodfrey.com
GLENN C. BRIDGMAN (298134)
gbridgman@susmangodfrey.com
NICHOLAS N. SPEAR (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Intervenor-Defendant Alliance of Californians for Community Empowerment Action*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JAQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA, a 501(c)(4) non-profit Corporation,<br><br>Plaintiffs and Petitioners,<br><br>vs.<br><br>ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS, CITY OF OAKLAND, OAKLAND CITY COUNCIL and DOES 1-10,<br><br>Defendants and Respondents.<br><br>ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION,<br><br>Intervenor-Defendant. | Case No. 3:22-cv-01274-LB<br><br>**INTERVENOR-DEFENDANT ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION'S STATUS UPDATE (PURSUANT TO DKT. 56)**<br><br>Date:     August 4, 2022<br>Time:    11:00 A.M.<br>Place:    Via Zoom<br>Judge:   Hon. Laurel Beeler<br><br>Complaint Filed: March 1, 2022<br><br>Trial Date: April 24, 2023 |
| CALIFORNIA APARTMENT ASSOCIATION, *et. al.*,<br><br>Plaintiffs and Petitioners,<br><br>vs.<br><br>COUNTY OF ALAMEDA, BOARD OF SUPERVISORS OF THE COUNTY OF ALAMEDA, and DOES 1-25,<br><br>Defendants and Respondents. | Case No. 4:22-cv-02705-KAW |

10794401v1/017475

Pursuant to the Court's "Case-Management and Pretrial Order (Jury)," Intervenor-Defendant Alliance of Californians for Community Empowerment Action ("ACCE") provides a "[f]urther status update about counsel's trial." Dkt. 56. In its portion of the "Joint Submission re June 2, 2022 Docket Order," ACCE stated that its counsel had a trial scheduled for August 9, 2022, that was scheduled to end during the week of August 22. Dkt. 52 at 6–7. ACCE's counsel's trial remains set for that date and duration.

Dated: July 28, 2022              By:     /s/ Nicholas N. Spear
                                          MARC SELTZER (54534)
                                          mseltzer@susmangodfrey.com
                                          KRYSTA K. PACHMAN (280951)
                                          kpachman@susmangodfrey.com
                                          GLENN C. BRIDGMAN (298134)
                                          gbridgman@susmangodfrey.com
                                          NICHOLAS N. SPEAR (304281)
                                          nspear@susmangodfrey.com
                                          SUSMAN GODFREY L.L.P.
                                          1900 Avenue of the Stars, Suite 1400
                                          Los Angeles, California  90067-6029
                                          Telephone: (310) 789-3100
                                          Facsimile: (310) 789-3150

                                          *Attorneys for Intervenor-Defendant Alliance of Californians for Community Empowerment Action*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been served on all current counsel of record on July 28, 2022.

*/s/ Nicholas N. Spear*
Nicholas N. Spear

10794401v1/017475