ANDREW M. ZACKS (SBN 147794)
EMILY L. BROUGH (SBN 284943)
ZACKS, FREEDMAN & PATTERSON, PC
1970 Broadway, Suite 1270
Oakland, CA 94612
Tel: (510) 469-0555
az@zfplaw.com
emily@zpflaw.com

PACIFIC LEGAL FOUNDATION
JONATHAN M. HOUGHTON (N.J. Bar No. 369652021)
3100 Clarendon Blvd., Suite 610
Arlington, VA 22201
BRIAN T. HODGES (Wash. Bar No. 31976)
SAM SPIEGELMAN (N.Y. Bar No. 5573100)
255 South King Street, Suite 800
Seattle, WA 98104
Telephone: (916) 419-7111
JHoughton@pacificlegal.org
BHodges@pacificlegal.org
SSpiegelman@pacificlegal.org

*Attorneys for Plaintiffs and Petitioners John Williams, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JAQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA, a 501(c)(4) non-profit Corporation,<br><br>Plaintiffs and Petitioners,<br><br>v.<br><br>ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS, CITY OF OAKLAND, OAKLAND CITY COUNCIL and DOES 1-10,<br><br>Defendants and Respondents. | Case No.: 3:22-cv-01274-LB<br><br>**ADMINISTRATIVE MOTION TO HOLD SEPTEMBER 29, 2022 HEARING IN PERSON** |

| | |
|---|---|
| CALIFORNIA APARTMENT ASSOCIATION, et al., <br><br> Plaintiffs and Petitioners, <br><br> vs. <br><br> COUNTY OF ALAMEDA, BOARD OF SUPERVISORS OF THE COUNTY OF ALAMEDA, and DOES 1-25, <br><br> Defendants and Respondents. | Case No. 4:22-cv-02705-LB |

Pursuant to Civil Local Rule 7-11, Plaintiffs and Petitioners John Williams, Robert Vogel, Sheanna Rogers, Michael Loeb, Jaqueline Watson-Baker, and Housing Providers of America and Plaintiffs and Petitioners California Apartment Association, Stephen Lin, Rakesh and Tripti Jain, Alison Mitchell, Michael Hagerty, & H. Alex and Dannie Alvarez (collectively hereinafter, "Petitioners"), respectively submit this Administrative Motion to consider whether the September 29, 2022 hearing with respect to Petitioners' respective Motions for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 ("Summary Judgment Motions") should be heard in person, at the United States District Court for the Northern District of California.

In accord with the Clerk's Notice of July 19, 2022, the hearing with respect to the Summary Judgment Motions is scheduled to be heard on September 29, 2022 by videoconference. Petitioners do not contend that any prejudice will result from hearing this matter via videoconference. Nonetheless, Petitioners respectfully submit that an in person hearing will allow for clear, concise and robust argument and will better serve the interests of justice. Accordingly, Petitioners respectfully request that the September 29, 2022 hearing be held in person. Petitioners further request that this Motion be determined expeditiously to allow for reasonable travel plans to be made, should it be granted.

Petitioners have conferred with Counsel for Defendants and the Intervenor, respectively. Defendants Alameda County, Alameda County Board of Supervisors, City of Oakland and Oakland City Council take no position with respect to this application. Intervenor Alliance for

1 | Californians For Community Empowerment Action, consents to this request.

2 |     Wherefore, Petitioners respectfully request that the Summary Judgment hearing scheduled for September 29, 2022 be held in person at the United States District Court for the Northern District of California.

DATED: September 6, 2022.

Respectfully submitted,

| ZACKS, FREEDMAN & PATTERSON, PC | PACIFIC LEGAL FOUNDATION |
|---|---|
| ANDREW M. ZACKS (SBN 147794)<br>EMILY L. BROUGH (SBN 284943)<br>1970 Broadway, Suite 1270<br>Oakland, CA 94612<br>Tel: (510) 469-0555<br>az@zfplaw.com<br>emily@zpflaw.com | *s/ Jonathan M. Houghton*<br>JONATHAN M. HOUGHTON<br>(N.J. Bar No. 369652021)<br>3100 Clarendon Blvd., Suite 610<br>Arlington, VA 22201<br>BRIAN T. HODGES (Wash. Bar No. 31976)<br>SAM SPIEGELMAN<br>(N.Y. Bar No. 5573100)<br>255 South King Street, Suite 800<br>Seattle, WA 98104<br>Telephone: (916) 419-7111<br>JHoughton@pacificlegal.org<br>BHodges@pacificlegal.org<br>SSpiegelman@pacificlegal.org |

*Attorneys for Plaintiffs and Petitioners John Williams, Robert Vogel, Sheanna Rogers, Michael Loeb, Jaqueline Watson-Baker, and Housing Providers of America,*

NIELSEN MERKSAMER PARRINELLO GROSS & LEONI LLP
Christopher E. Skinnell, Esq. (S.B. No. 227093)
Hilary J. Gibson, Esq. (S.B. No. 287862)
2350 Kerner Boulevard, Suite 250
San Rafael, California 94941
Telephone: (415) 389-6800
Facsimile: (415) 388-6874
Email: cskinnell@nmgovlaw.com
Email: hgibson@nmgovlaw.com

*Attorneys for Plaintiffs and Petitioners California Apartment Association, Stephen Lin, Rakesh and Tripti Jain, Alison Mitchell, Michael Hagerty, & H. Alex and Dannie Alvarez*

```
 1 │ ANDREW M. ZACKS (SBN 147794)
   │ EMILY L. BROUGH (SBN 284943)
 2 │ ZACKS, FREEDMAN & PATTERSON, PC
   │ 1970 Broadway, Suite 1270
 3 │ Oakland, CA 94612
   │ Tel: (510) 469-0555
 4 │ az@zfplaw.com
 5 │ emily@zpflaw.com

 6 │ PACIFIC LEGAL FOUNDATION
 7 │ JONATHAN M. HOUGHTON (N.J. Bar No. 369652021)
   │ 3100 Clarendon Blvd., Suite 610
 8 │ Arlington, VA 22201
   │ BRIAN T. HODGES (Wash. Bar No. 31976)
 9 │ SAM SPIEGELMAN (N.Y. Bar No. 5573100)
10 │ 255 South King Street, Suite 800
   │ Seattle, WA 98104
11 │ Telephone: (916) 419-7111
   │ JHoughton@pacificlegal.org
12 │ BHodges@pacificlegal.org
13 │ SSpiegelman@pacificlegal.org
```

*Attorneys for Plaintiffs and Petitioners John Williams, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JAQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA, a 501(c)(4) non-profit Corporation,<br><br>　　　　Plaintiffs and Petitioners,<br><br>　v.<br><br>ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS, CITY OF OAKLAND, OAKLAND CITY COUNCIL and DOES 1-10,<br><br>　　　　Defendants and Respondents. | Case No.: 3:22-cv-01274-LB<br><br>[~~PROPOSED~~] ADMINISTRATIVE ORDER TO HOLD SEPTEMBER 29, 2022 HEARING IN PERSON<br><br>Hon. Lauren Beeler |

---

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO HOLD SEPT. 29 HEARING IN PERSON    1    Case No.: 3:22-cv-01274-LB
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No.: 4:22-cv-02705-LB

|   |   |
|---|---|
| CALIFORNIA APARTMENT ASSOCIATION, et al., <br><br> Plaintiffs and Petitioners, <br><br> vs. <br><br> COUNTY OF ALAMEDA, BOARD OF SUPERVISORS OF THE COUNTY OF ALAMEDA, and DOES 1-25, <br><br> Defendants and Respondents. | Case No. 4:22-cv-02705-LB |

Pursuant to Civil Local Rule 7-11, Plaintiffs and Petitioners respective Notices of Rule 56 Motion on Bifurcated Claims and Rule 56 Motions on Bifurcated Claims shall be heard on September 29, 2022, at 9:30 am, at the Courtroom of the Honorable Laurel Beeler (Courtroom B, 15th Floor), at the United States District Court for the Northern District of California.

Dated: _____September 6_____, 2022.

_____
Honorable Laurel Beeler
Magistrate Judge
United States District Court for
the Northern District of California