Marc S Janowitz (SBN 96765)
EAST BAY COMMUNITY LAW CENTER
2921 Adeline St.
Berkeley, CA 94703
*t*: 510-548-4040
*f*: 510-548-2566
*e*: mjanowitz@ebclc.org

Attorney for Amicus Curiae

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JAQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA, a 501(c)(4) non-profit Corporation,<br><br>Plaintiff and Petitioners,<br><br>v.<br><br>ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS, CITY OF OAKLAND, OAKLAND CITY COUNCIL, and DOES 1-10,<br><br>Defendant and Respondents. | Case No.: 3:22-CV-01274<br><br>**AMICUS CURIAE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSON**<br><br>Date: September 29, 2022<br>Time: 9:30 a.m.<br>Dept.: Courtroom B, 15th Flr<br>Judge: Hon. Laurel Beeler<br><br>Compl. Filed: March 1, 2022 |

1  **TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

2   The undersigned is counsel of record for Amicus Curiae, East Bay Community Law
3 Center, and hereby submits the following disclosure statement pursuant to Civil Local
4 Rule 3-15:
5   Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no
6 such interest to report.

8 Dated: September 6, 2022          Respectfully Submitted,
9                                   EAST BAY COMMUNITY LAW CENTER

11                                  */s/ Marc S. Janowitz*
                                    Marc S. Janowitz
12                                  Attorney for Amicus Curiae