ANDREW M. ZACKS (SBN 147794)
EMILY L. BROUGH (SBN 284943)
ZACKS, FREEDMAN & PATTERSON, PC
1970 Broadway, Suite 1270
Oakland, CA 94612
Tel: (510) 469-0555
az@zfplaw.com
emily@zpflaw.com

PACIFIC LEGAL FOUNDATION
JONATHAN M. HOUGHTON (N.J. Bar No. 369652021)
3100 Clarendon Blvd., Suite 610
Arlington, VA 22201
BRIAN T. HODGES (Wash. Bar No. 31976)
SAM SPIEGELMAN (N.Y. Bar No. 5573100)
255 South King Street, Suite 800
Seattle, WA 98104
Telephone: (916) 419-7111
JHoughton@pacificlegal.org
BHodges@pacificlegal.org
SSpiegelman@pacificlegal.org

*Attorneys for Plaintiffs and Petitioners John Williams, et al.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JACQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA, a 501(c)(4) non-profit Corporation,<br><br>Plaintiffs and Petitioners,<br><br>v.<br><br>ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS, CITY OF OAKLAND, OAKLAND CITY COUNCIL and DOES 1-10,<br><br>Defendants and Respondents<br><br>ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION,<br><br>Defendant-Intervenor. | Case No.: 3:22-cv-01274-LB<br><br>**STIPULATION REGARDING THE FILING OF A SINGLE COMBINED REPLY OF 35 PAGES**<br><br>Judge Laurel Beeler<br><br>Action Filed: March 1, 2022<br>Trial Date:   None set |

WHEREAS Plaintiffs John Williams, Robert Vogel, Sheanna Rogers, Michael Loeb, Jacqueline Watson-Baker, and Housing Providers of America (collectively, "Williams Plaintiffs"), intend to file their Reply Briefs in support of their Rule 56 Motion and in response to the Opposition Briefs of Defendants Alameda County and Alameda County Board of Supervisors, Defendants City of Oakland and Oakland City Council, and Intervenor-Defendant Alliance of Californians for Community Empowerment Action, on or before September 13, 2022, and

WHEREAS the Williams Plaintiffs seek to promote convenience and judicial economy by filing a single combined Reply Brief consisting of no more than 35 pages of text rather than three separate reply briefs,

IT IS THEREFORE STIPULATED by and among the parties that the Williams Plaintiffs may file a single combined Reply Brief in support of their Rule 56 Motion, and in response to the Opposition Briefs of Defendants Alameda County and Alameda County Board of Supervisors, Defendants City of Oakland and Oakland City Council, and Intervenor-Defendant Alliance of Californians for Community Empowerment Action, consisting of no more than 35 pages.

DATED: September 9, 2022.

Respectfully submitted,

| ZACKS, FREEDMAN & PATTERSON, PC | PACIFIC LEGAL FOUNDATION |
|---|---|
| ANDREW M. ZACKS (SBN 147794)<br>EMILY L. BROUGH (SBN 284943)<br>1970 Broadway, Suite 1270<br>Oakland, CA 94612<br>Tel: (510) 469-0555<br>az@zfplaw.com<br>emily@zpflaw.com | /s/ Jonathan M. Houghton<br>JONATHAN M. HOUGHTON<br>(N.J. Bar No. 369652021)<br>3100 Clarendon Blvd., Suite 610<br>Arlington, VA 22201<br>BRIAN T. HODGES (Wash. Bar No. 31976)<br>SAM SPIEGELMAN<br>(N.Y. Bar No. 5573100)<br>255 South King Street, Suite 800<br>Seattle, WA 98104<br>Telephone: (916) 419-7111<br>JHoughton@pacificlegal.org<br>BHodges@pacificlegal.org<br>SSpiegelman@pacificlegal.org |

*Attorneys for Plaintiffs and Petitioners John Williams, Robert Vogel, Sheanna Rogers, Michael Loeb, Jaqueline Watson-Baker, and Housing Providers of America*

| | | |
|---|---|---|
| 1 | DATED:  September 9, 2022. | SHUTE, MIHALY & WEINBERGER LLP |
| 2 | | By: /s/ Matthew D. Zinn |
| | | MATTHEW D. ZINN |
| 3 | | EDWARD T. SCHEXNAYDER |
| 4 | | MINDY K. JIAN |
| | | *Attorneys for Defendants and Respondents Alameda County and Alameda County Board of Supervisors* |
| 6 | DATED:  September 9, 2022. | BARBARA J. PARKER, CITY ATTORNEY |
| 7 | | By: /s/ Cynthia F. Stein |
| | | CYNTHIA F. STEIN |
| 8 | | *Deputy City Attorney Attorneys for Defendants and Respondents City of Oakland and Oakland City Council* |
| 10 | DATED:  September 9, 2022. | SUSMAN GODFREY LLP |
| 11 | | By: /s/ Nicholas N. Spear |
| | | MARC SELTZER |
| 12 | | KRYSTA K. PACHMAN |
| 13 | | GLENN C. BRIDGMAN |
| | | NICHOLAS N. SPEAR |
| | | *Attorneys for Intervenor-Defendant Alliance of Californians for Community Empowerment Action* |

I hereby attest that all the above signatories have concurred in the filing of this document.

DATED: September 9, 2022.          By: /s/ Jonathan M. Houghton
                                                    PACIFIC LEGAL FOUNDATION

**[~~PROPOSED~~] ORDER**

The parties having conferred and entered the foregoing Stipulation, which the Court has reviewed, and good cause appearing, the Plaintiffs and Petitioners John Williams, Robert Vogel, Sheanna Rogers, Michael Loeb, Jaqueline Watson-Baker, and Housing Providers of America, may file a single combined Reply Brief in support of their Rule 56 Motion, and in response to the Opposition Briefs of Defendants Alameda County and Alameda County Board of Supervisors, Defendants City of Oakland and Oakland City Council, and Intervenor-Defendant Alliance of Californians for Community Empowerment Action, consisting of no more than 35 pages.

**IT IS SO ORDERED.**

Dated: September 9, 2022.

_____
Honorable Laurel Beeler
Magistrate Judge
United States District Court for
the Northern District of California