# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JAQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA, a 501(c)(4) non-profit Corporation,<br><br>Plaintiff and Petitioners,<br><br>v.<br><br>ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS, CITY OF OAKLAND, OAKLAND CITY COUNCIL, and DOES 1-10,<br><br>Defendant and Respondents. | Case No.: 3:22-CV-01274<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AS AMICUS CURIAE<br><br>Date: September 29, 2022<br>Time: 9:30 a.m.<br>Dept.: Courtroom B, 15th Flr<br>Judge: Hon. Laurel Beeler<br><br>Compl. Filed: March 1, 2022 |

The East Bay Community Law Center's motion for leave to file an amicus curiae brief file is GRANTED.

IT IS SO ORDERED.

Dated:  September 13, 2022

_____
Laurel Beeler
United States District Judge