BARBARA J. PARKER, City Attorney, SBN 069722
MARIA BEE, Chief Assistant City Attorney, SBN 167716
ALLISON EHLERT, Deputy City Attorney, SBN 230362
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-238-3148; Fax:  (510) 238-6500
Email: aehlert@oaklandcityattorney.org
X05405/3212761v1

Attorneys for Defendant(s),
CITY OF OAKLAND
OAKLAND CITY COUNCIL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JACQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA, a 501(c)(4) non-profit Corporation,<br><br>    Plaintiffs and Petitioners<br><br> v.<br><br>ALAMEDCA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS, CITY OF OAKLAND, OAKLAND CITY COUNCIL and DOES 1-10,<br><br>    Defendants and Respondents<br> v.<br><br>ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION,<br><br>    Intervenor Defendant. | Case No. 3:22-cv-01274-LB<br><br>**NOTICE OF SUBSTITUTION OF ALLISON EHLERT AS COUNSEL FOR THE CITY OF OAKALND AND OAKLAND CITY COUNCIL** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the representation of Defendants and Respondents the City of Oakland and Oakland City Council has been reassigned to Deputy City Attorney Allison Ehlert.

Please direct all notices, pleadings, orders, and other documents to:

Allison Ehlert, Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Phone: (510) 238-3148; Fax: (510) 238-6500
Email: aehlert@oaklandcityattorney.org

Deputy City Attorney Cynthia Stein will be leaving her position with the City as of October 7, 2022 and should be removed from the service list.

Dated: October 4, 2022          BARBARA J. PARKER, City Attorney

By: /s/ Allison Ehlert*
ALLISON EHLERT, Deputy City Attorney
Attorneys for Defendants
CITY OF OAKLAND
OAKLAND CITY COUNCIL

/s/ Cynthia Stein
CYNTHIA STEIN, Deputy City Attorney

* The filer of this document attests, pursuant to Civil Local Rule 5-1(h)(3), that concurrence in the signing of this document has been obtained from other signatories.