ANDREW M. ZACKS (SBN 147794)
EMILY L. BROUGH (SBN 284943)
ZACKS, FREEDMAN & PATTERSON, PC
1970 Broadway, Suite 1270
Oakland, CA 94612
Tel: (510) 469-0555
az@zfplaw.com
emily@zpflaw.com

Attorneys for Plaintiffs and Petitioners
JOHN WILLIAMS
ROBERT VOGEL
SHEANNA ROGERS
MICHAEL LOEB
JACQUELINE WATSON-BAKER
HOUSING PROVIDERS OF AMERICA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JAQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA, a 501(c)(4) non-profit Corporation,<br><br>Plaintiffs and Petitioners,<br><br>vs.<br><br>ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS, CITY OF OAKLAND, OAKLAND CITY COUNCIL and DOES 1-10,<br><br>Defendants and Respondents.<br><br>ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION,<br><br>Intervenor. | Case Number:  3:22-cv-01274 (Also see, related case *California Apartment Association et al. vs. County of Alameda et al.* Case No. 3:22-cv-02705)<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST AND STIPULATION TO CONTINUE THE NOVEMBER 10, 2022 CASE MANAGEMENT CONFERENCE**<br><br>Complaint filed March 1, 2022 |
*[PROPOSED] ORDER GRANTING JOINT REQUEST AND STIPULATION TO CONTINUE THE NOVEMBER 10, 2022 CASE MANAGEMENT CONFERENCE – CASE NO. 3-22-CV-01274*

-1-

Pursuant to Local Rules 7-12 and 16-2(e), Plaintiffs and Petitioners JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JACQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA (collectively, "Williams Plaintiffs"), Plaintiffs and Petitioners CALIFORNIA APARTMENT ASSOCIATION, STEPHEN LIN, RAKESH and TRIPTI JAIN, ALISON MITCHELL, MICHAEL HAGERTY, & H. ALEX and DANNIE ALVAREZ (collectively, "CAA Plaintiffs") in related case *California Apartment Association et al. vs. County of Alameda et al.* Case No. 3:22-cv-02705 ("CAA Action"), and Defendants and Respondents ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS (collectively, "County Defendants"), CITY OF OAKLAND, and OAKLAND CITY COUNCIL (collectively, "City Defendants") and Intervenor ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION ("Intervenor Defendant") submitted a Request and Stipulation to continue the parties' November 10, 2022 Case Management Conference.

PURSUANT TO STIPULATION IT IS SO ORDERED that the parties' November 10, 2022 case management conference is continued to 30 days after the Court rules on the Williams Plaintiffs' and CAA Plaintiffs' Rule 56 Motions.

Dated: November ___, 2022

Hon. Laurel Beeler
United States Magistrate Judge

ZACKS, FREEDMAN & PATTERSON, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612