NIELSEN MERKSAMER
 PARRINELLO GROSS & LEONI LLP
  Christopher E. Skinnell, Esq. (S.B. No. 227093)
  Hilary J. Gibson, Esq. (S.B. No. 287862)
2350 Kerner Boulevard, Suite 250
San Rafael, California 94941
Telephone: (415) 389-6800
Facsimile:  (415) 388-6874
Email: cskinnell@nmgovlaw.com
Email: hgibson@nmgovlaw.com

*Attorneys for Plaintiff/Petitioners*
CALIFORNIA APARTMENT ASSOCIATION, STEPHEN LIN, RAKESH and TRIPTI JAIN, ALISON MITCHELL, MICHAEL HAGERTY, & H. ALEX and DANNIE ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA APARTMENT ASSOCIATION, STEPHEN LIN, RAKESH and TRIPTI JAIN, ALISON MITCHELL, MICHAEL HAGERTY, & H. ALEX and DANNIE ALVAREZ, <br><br> *Plaintiffs and Petitioners*, <br><br> vs. <br><br> COUNTY OF ALAMEDA, BOARD OF SUPERVISORS OF THE COUNTY OF ALAMEDA, and DOES 1-25, <br><br> *Defendants and Respondents.* | Case No. 4:22-cv-02705 <br><br> **[Proposed] ORDER CONTINUING THE NOVEMBER 10, 2022 CASE MANAGEMENT CONFERENCE** <br><br> (Related to Case 3:22-cv-01274-LB, *Williams v. County of Alameda, et al.*) |

Pursuant to Local Rules 7-12 and 16-2(e), Plaintiffs and Petitioners CALIFORNIA APARTMENT ASSOCIATION, STEPHEN LIN, RAKESH and TRIPTI JAIN, ALISON MITCHELL, MICHAEL HAGERTY, & H. ALEX and DANNIE ALVAREZ (collectively, "*CAA* Plaintiffs"), Plaintiffs and Petitioners JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JACQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA (collectively, "*Williams* Plaintiffs") in related case *Williams vs. County of Alameda et al.* Case No. 3:22-cv-01274 ("Williams Action"), and Defendants and Respondents ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS (collectively, "County Defendants"), CITY OF OAKLAND, and OAKLAND CITY COUNCIL (collectively, "City Defendants") and Intervenor ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION ("Intervenor Defendant") submitted a Request and Stipulation to continue the parties' November 10, 2022 Case Management Conference.

PURSUANT TO STIPULATION IT IS SO ORDERED that the parties' November 10, 2022 case management conference is continued to 30 days after the Court rules on the *CAA* Plaintiffs' and *Williams* Plaintiffs' Rule 56 Motions.

Dated: November 4, 2022

_____
Hon. Laurel Beeler
United States Magistrate Judge