ANDREW M. ZACKS (SBN 147794)
EMILY L. BROUGH (SBN 284943)
ZACKS, FREEDMAN & PATTERSON, PC
1970 Broadway, Suite 1270
Oakland, CA 94612
Tel: (510) 469-0555
az@zfplaw.com
emily@zpflaw.com

Attorneys for Plaintiffs and Petitioners
JOHN WILLIAMS
ROBERT VOGEL
SHEANNA ROGERS
MICHAEL LOEB
JACQUELINE WATSON-BAKER
HOUSING PROVIDERS OF AMERICA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WILLIAMS, *et al.*,<br><br>    Plaintiffs and Petitioners,<br><br>vs.<br><br>ALAMEDA COUNTY, *et al.*,<br><br>    Defendants and Respondents.<br><br>ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION,<br><br>    Intervenor. | Case Number:  3:22-cv-01274-LB<br><br>**JOINT REQUEST AND STIPULATION TO CONTINUE THE DECEMBER 15, 2022 CASE MANAGEMENT CONFERENCE**<br><br>Complaint filed March 1, 2022 |
| CALIFORNIA APARTMENT ASSOCIATION, *et al.*,<br><br>    Plaintiffs and Petitioners,<br><br>vs.<br><br>COUNTY OF ALAMEDA, *et al.*,<br><br>    Defendants and Respondents. | Case Number:  3:22-cv-02705-LB |

Pursuant to Local Rules 7-12 and 16-2(e), Plaintiffs and Petitioners in these two related actions—JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JACQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA in Case No. Case Number 3:22-cv-01274 (collectively, "Williams Plaintiffs"), and CALIFORNIA APARTMENT ASSOCIATION, STEPHEN LIN, RAKESH and TRIPTI JAIN, ALISON MITCHELL, MICHAEL HAGERTY, & H. ALEX and DANNIE ALVAREZ in Case No. Case Number 3:22-cv-02705 (collectively, "CAA Plaintiffs"), and Defendants and Respondents ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS (collectively, "County Defendants"), CITY OF OAKLAND, and OAKLAND CITY COUNCIL (collectively, "City Defendants") and Intervenor ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION ("Intervenor Defendant") hereby submit the following Joint Request and Stipulation that the parties' December 15, 2022 Case Management Conference be continued as follows:

On June 10, 2022, the Court issued a Case-Management and Pretrial Order. Pursuant to the Scheduling Order, the Williams Plaintiffs and CAA Plaintiffs filed Rule 56 Motions on July 18, 2022, which were heard on September 29, 2022, and the Court took the motions under submission that same day.

On November 4, 2022, the Court issued a Further Case-Management Conference Order. Pursuant to said Order, the parties are to provide a revised Case Management Statement by December 8, 2022, and a Case Management Conference shall be held on December 15, 2022.

On November 22, 2022, the Court issued an Order denying the Rule 56 Motions of the Williams Plaintiffs and the CAA Plaintiffs.

The Williams Plaintiffs and the CAA Plaintiffs intend to file a motion within the next thirty (30) days seeking an Order from the Court to certify the Court's Interlocutory Order Denying Summary Judgment, dated November 22, 2022, for immediate appeal to the Ninth Circuit Court of Appeals pursuant to 28 USC § 1292(b) and for a stay of the proceedings herein until the Ninth Circuit so decides the issues ("§ 1292(b) Motion"). The Plaintiffs also anticipate

that they may seek to file amended complaints to add new plaintiffs who are affected by the County's and City's moratoria.

The parties agree that judicial economy would be ill served by moving forward with discovery and further case proceedings prior to the resolution of the Plaintiffs' anticipated motions.

Consequently, the parties HEREBY STIPULATE AND AGREE that:

(1) The initial disclosures, currently due on or about December 22, 2022, should be due thirty (30) days after the Court rules on the Plaintiffs' § 1292(b) Motion;

(2) A revised Case Management Statement should be due at the same time as the initial disclosures, with a case management conference to be set 7 days later, or at the Court's convenience.

(3) The deadlines in the Court's Scheduling Order of June 10, 2022 should be stayed pending the case management conference to be held subsequent to the determination of the Plaintiffs' § 1292(b) Motion.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: December 8, 2022     By:    /s/ Emily Brough
                                   ZACKS, FREEDMAN & PATTERSON, PC
                                   Attorneys for Plaintiffs and Petitioners
                                   JOHN WILLIAMS
                                   ROBERT VOGEL
                                   SHEANNA ROGERS
                                   MICHAEL LOEB
                                   JACQUELINE WATSON-BAKER
                                   HOUSING PROVIDERS OF AMERICA

| | |
|---|---|
| Dated: December 8, 2022 | By:   */s/  Christopher E. Skinnell*<br>Christopher E. Skinnell, Esq. (S.B. No. 227093)<br>Hilary J. Gibson, Esq. (S.B. No. 287862)<br>NIELSEN MERKSAMER<br>PARRINELLO GROSS & LEONI LLP<br>2350 Kerner Boulevard, Suite 250<br>San Rafael, California 94941<br>Telephone: (415) 389-6800<br>Facsimile: (415) 388-6874<br>cskinnell@nmgovlaw.com<br>hgibson@nmgovlaw.com<br>Attorneys for Plaintiffs and Petitioners<br>CALIFORNIA APARTMENT ASSOCIATION<br>STEPHEN LIN<br>RAKESH and TRIPTI JAIN<br>ALISON MITCHELL<br>MICHAEL HAGERTY<br>H. ALEX and DANNIE ALVAREZ |
| Dated:  December 8, 2022 | By:   */s/ Matthew D. Zinn*<br>Matthew D. Zinn (214587)<br>Edward T. Schexnayder (284494)<br>Mindy K. Jian (336139)<br>SHUTE, MIHALY & WEINBERGER LLP<br>396 Hayes Street<br>San Francisco, CA 94102<br>Telephone: (415) 552-7272<br>Facsimile: (415) 552-5816<br>Schexnayder@smwlaw.com<br>mjian@smwlaw.com<br>Attorneys for Defendants and Respondents<br>ALAMEDA COUNTY<br>ALAMEDA COUNTY BOARD OF SUPERVISORS |

ZACKS, FREEDMAN & PATTERSON, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

Dated:  December 8, 2022         By:  */s/ Allison Ehlert*
                                 Barbara J. Parker, City Attorney (069722)
                                 Maria Bee, Chief Assistant City Attorney (167716)
                                 Allison Ehlert, Deputy City Attorney (230362)
                                 One Frank H. Ogawa Plaza, 6th Floor
                                 Oakland, CA 94612
                                 Telephone: (510) 238-4779
                                 Facsimile: (510) 238-6500
                                 cstein@oaklandcityattorney.org
                                 Attorneys for Defendants and Respondents
                                 CITY OF OAKLAND
                                 OAKLAND CITY COUNCIL

Dated:  December 8, 2022         By:  */s/ Nicholas N. Spear*
                                 Nicholas N. Spear (304281)
                                 SUSMAN GODFREY L.L.P
                                 1900 Avenue of the Stars, Suite 1400
                                 Los Angeles, California 90067-6029
                                 Telephone: (310) 789-3100
                                 nspear@susmangodfrey.com
                                 Attorneys for Intervenor-Defendant
                                 Alliance of Californians for Community
                                 Empowerment Action

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED:    December 8, 2022        */s/ Emily Brough*
                                  Emily Brough

**PROOF OF SERVICE**
United States District Court—Northern District of California
Case No.: 3:22-cv-01274
Related Case No. 3:22-cv-02705

I, Angelica Nguyen, declare that:

I am employed in the County of San Francisco, State of California. I am over the age of 18, and am not a party to this action. My business address is 601 Montgomery Street, Suite 400, San Francisco, California 94111.

On December 8, 2022, I served:

**JOINT REQUEST AND STIPULATION TO CONTINUE THE DECEMBER 15, 2022 CASE MANAGEMENT CONFERENCE**

in said cause addressed as follows:

| | |
|---|---|
| PACIFIC LEGAL FOUNDATION<br>JONATHAN HOUGHTON (NJ Bar No. 369652021)<br>3100 Clarendon Blvd., Suite 610<br>Arlington, VA 22201<br>BRIAN HODGES (WA Bar No. 31976)<br>SAM SPIEGELMAN (NY Bar No. 5573100)<br>255 South King Street, Suite 800<br>Seattle, WA 98104<br>Email: JHoughton@pacificlegal.org<br>Email: BHodges@pacificlegal.org<br>Email: SSpiegelman@pacificlegal.org<br>*Attorney for John Williams, Robert Vogel, Sheanna Rogers, Michael Loeb, Jacqueline Watson-Baker, Housing Providers of America* | MARC SELTZER<br>KRYSTA K. PACHMAN<br>GLENN C. BRIDGMAN<br>NICHOLAS N. SPEAR<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Email: mseltzer@susmangodfrey.com<br>Email: kpachman@susmangodfrey.com<br>Email: gbridgman@susmangodfrey.com<br>Email: nspear@susmangodfrey.com<br>*Attorneys for Intervenor-Defendant Alliance of Californians for Community Empowerment Action* |
| MATTHEW D. ZINN<br>EDWARD T. SCHEXNAYDER<br>MINDY K. JIAN<br>SHUTE, MIHALY & WEINBERGER LLP<br>396 Hayes Street<br>San Francisco, CA 94102<br>Email: Zinn@smwlaw.com<br>Email: Schexnayder@smwlaw.com<br>Email: mjian@smwlaw.com<br>*Attorney for Alameda County and Alameda County Board of Supervisors* | BARBARA J. PARKER<br>MARIA BEE<br>ALLISON EHLERT<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612<br>E-Mail: aehlert@oaklandcityattorney.org<br>*Attorney for City of Oakland and Oakland City Council* |

ZACKS, FREEDMAN & PATTERSON, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

CHRISTOPHER E. SKINNELL
HILARY J. GIBSON
NIELSEN MERKSAMER
PARRINELLO GROSS & LEONI LLP
2350 Kerner Boulevard, Suite 250
San Rafael, CA 94941
Email: cskinnell@nmgovlaw.com
Email: hgibson@nmgovlaw.com
*Attorneys for Plaintiffs and Petitioners California Apartment Association Stephen Lin, Lakesh and Tripti Jain, Alison Mitchell, Michael Hagerty, H. Alex, Dannie Alvarez*

**/XX/**   **(BY ELECTRONIC SERVICE)** Based on a court order or an agreement of the parties to accept electronic service, I caused the said document to be served electronically through the CM/ECS System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on December 8, 2022 at San Francisco, California.



ANGELICA NGUYEN