ANDREW M. ZACKS (SBN 147794)
EMILY L. BROUGH (SBN 284943)
ZACKS, FREEDMAN & PATTERSON, PC
1970 Broadway, Suite 1270
Oakland, CA 94612
Tel: (510) 469-0555
az@zfplaw.com
emily@zpflaw.com

Attorneys for Plaintiffs and Petitioners
JOHN WILLIAMS
ROBERT VOGEL
SHEANNA ROGERS
MICHAEL LOEB
JACQUELINE WATSON-BAKER
HOUSING PROVIDERS OF AMERICA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WILLIAMS, *et al.*, | Case Number: 3:22-cv-01274-LB |
| Plaintiffs and Petitioners, | |
| vs. | **JOINT REQUEST AND STIPULATION TO CONTINUE AND STAY CERTAIN PRETRIAL DEADLINES; PROPOSED ORDER** |
| ALAMEDA COUNTY, *et al.*, | |
| Defendants and Respondents. | Complaint filed March 1, 2022 |
| ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION, | |
| Intervenor. | |
| CALIFORNIA APARTMENT ASSOCIATION, *et al.*, | Case Number: 3:22-cv-02705-LB |
| Plaintiffs and Petitioners, | |
| vs. | |
| COUNTY OF ALAMEDA, *et al.*, | |
| Defendants and Respondents. | |

Pursuant to Local Rule 6-2, Plaintiffs and Petitioners in these two related actions—JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JACQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA in Case No. Case Number 3:22-cv-01274 (collectively, "Williams Plaintiffs"), and CALIFORNIA APARTMENT ASSOCIATION, STEPHEN LIN, RAKESH and TRIPTI JAIN, ALISON MITCHELL, MICHAEL HAGERTY, & H. ALEX and DANNIE ALVAREZ in Case No. Case Number 3:22-cv-02705 (collectively, "CAA Plaintiffs"), and Defendants and Respondents ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS (collectively, "County Defendants"), CITY OF OAKLAND, and OAKLAND CITY COUNCIL (collectively, "City Defendants") and Intervenor ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION ("Intervenor Defendant") hereby submit the following Joint Request and Stipulation as follows:

On June 10, 2022, the Court issued a Case-Management and Pretrial Order. Pursuant to the Scheduling Order, the Williams Plaintiffs and CAA Plaintiffs filed Rule 56 Motions on July 18, 2022, which were heard on September 29, 2022, and the Court took the motions under submission that same day.

On November 4, 2022, the Court issued a Further Case-Management Conference Order. Pursuant to said Order, the parties are to provide a revised Case Management Statement by December 8, 2022, and a Case Management Conference shall be held on December 15, 2022.

On November 22, 2022, the Court issued an Order denying the Rule 56 Motions of the Williams Plaintiffs and the CAA Plaintiffs.

On December 8, 2022, the parties filed a joint request to continue the December 15, 2022 Case Management Conference. The request was granted the same day, and the Case Management Conference was reset to January 26, 2023.

The Williams Plaintiffs and the CAA Plaintiffs intend to file a motion within the next thirty (30) days seeking an Order from the Court to certify the Court's Interlocutory Order Denying Summary Judgment, dated November 22, 2022, for immediate appeal to the Ninth Circuit Court of Appeals pursuant to 28 USC § 1292(b) and for a stay of the proceedings herein

ZACKS, FREEDMAN & PATTERSON, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

until the Ninth Circuit so decides the issues ("§ 1292(b) Motion"). The Plaintiffs also anticipate that they may seek to file amended complaints to add new plaintiffs who are affected by the County's and City's moratoria.

The parties agree that judicial economy would be ill served by moving forward with discovery and further case proceedings prior to the resolution of the Plaintiffs' anticipated motions.

Consequently, the parties HEREBY STIPULATE AND AGREE that:

(1) The initial disclosures, currently due on or about December 22, 2022, should be due thirty (30) days after the Court rules on the Plaintiffs' § 1292(b) Motion;

(2) The deadlines in the Court's Scheduling Order of June 10, 2022 should be stayed pending a case management conference to be held subsequent to the determination of the Plaintiffs' § 1292(b) Motion.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: December 14, 2022			By:	 */s/ Emily Brough*
						ZACKS, FREEDMAN & PATTERSON, PC
						Attorneys for Plaintiffs and Petitioners
						JOHN WILLIAMS
						ROBERT VOGEL
						SHEANNA ROGERS
						MICHAEL LOEB
						JACQUELINE WATSON-BAKER
						HOUSING PROVIDERS OF AMERICA

//
//
//
//

ZACKS, FREEDMAN & PATTERSON, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

1

2  Dated: December 14, 2022                By:    /s/ Christopher E. Skinnell
3                                                  Christopher E. Skinnell, Esq. (S.B. No. 227093)
                                                    Hilary J. Gibson, Esq. (S.B. No. 287862)
4                                                  NIELSEN MERKSAMER
                                                    PARRINELLO GROSS & LEONI LLP
5                                                  2350 Kerner Boulevard, Suite 250
                                                    San Rafael, California 94941
6                                                  Telephone: (415) 389-6800
                                                    Facsimile: (415) 388-6874
7                                                  cskinnell@nmgovlaw.com
                                                    hgibson@nmgovlaw.com
8
                                                    Attorneys for Plaintiffs and Petitioners
9                                                  CALIFORNIA APARTMENT ASSOCIATION
                                                    STEPHEN LIN
10                                                 RAKESH and TRIPTI JAIN
                                                    ALISON MITCHELL
11                                                 MICHAEL HAGERTY
                                                    H. ALEX and DANNIE ALVAREZ
12

13

14 Dated:  December 14, 2022                By:    /s/ Matthew D. Zinn
                                                    Matthew D. Zinn (214587)
15                                                 Edward T. Schexnayder (284494)
                                                    Mindy K. Jian (336139)
16                                                 SHUTE, MIHALY & WEINBERGER LLP
                                                    396 Hayes Street
17                                                 San Francisco, CA 94102
                                                    Telephone: (415) 552-7272
18                                                 Facsimile: (415) 552-5816
                                                    Schexnayder@smwlaw.com
19                                                 mjian@smwlaw.com
20
                                                    Attorneys for Defendants and Respondents
21                                                 ALAMEDA COUNTY
                                                    ALAMEDA COUNTY BOARD OF
22                                                 SUPERVISORS

23  //

24  //

25  //

26  //

27  //

28  //

*JOINT REQUEST AND STIPULATION TO CONTINUE AND STAY CERTAIN PRETRIAL DEADLINES – CASE NO. 3-22-CV-01274*

-4-

| | | |
|---|---|---|
| Dated:  December 14, 2022 | By: | */s/ Allison Ehlert* |

Barbara J. Parker, City Attorney (069722)
Maria Bee, Chief Assistant City Attorney (167716)
Allison Ehlert, Deputy City Attorney (230362)
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone: (510) 238-4779
Facsimile: (510) 238-6500
cstein@oaklandcityattorney.org
Attorneys for Defendants and Respondents
CITY OF OAKLAND
OAKLAND CITY COUNCIL

| | | |
|---|---|---|
| Dated:  December 14, 2022 | By: | */s/ Nicholas N. Spear* |

Nicholas N. Spear (304281)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
nspear@susmangodfrey.com
Attorneys for Intervenor-Defendant
Alliance of Californians for Community
Empowerment Action

# [PROPOSED] ORDER

Pursuant to stipulation and good cause finding, the parties' request to continue and stay certain pretrial and trial dates is GRANTED. The parties' initial disclosures, currently due on or about December 22, 2022, shall be due thirty (30) days after the Court rules on the Plaintiffs' § 1292(b) Motion; and, the deadlines in the Court's Scheduling Order of June 10, 2022 shall be stayed pending a case management conference to be held subsequent to the determination of the Plaintiffs' § 1292(b) Motion.

SO ORDERED.

Hon. Laurel Beeler
United States Magistrate Judge

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: December 14, 2022  */s/ Emily Brough*
Emily Brough