ANDREW M. ZACKS (SBN 147794)
EMILY L. BROUGH (SBN 284943)
ZACKS, FREEDMAN & PATTERSON, PC
1970 Broadway, Suite 1270
Oakland, CA 94612
Tel: (510) 469-0555
az@zfplaw.com
emily@zpflaw.com

Attorneys for Plaintiffs and Petitioners
JOHN WILLIAMS
ROBERT VOGEL
SHEANNA ROGERS
MICHAEL LOEB
JACQUELINE WATSON-BAKER
HOUSING PROVIDERS OF AMERICA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WILLIAMS, *et al.*, | Case Number:  3:22-cv-01274-LB |
|       Plaintiffs and Petitioners, | |
| vs. | **JOINT REQUEST AND STIPULATION TO CONTINUE AND STAY CERTAIN PRETRIAL DEADLINES; PROPOSED ORDER** |
| ALAMEDA COUNTY, *et al.*, | |
|       Defendants and Respondents. | Complaint filed March 1, 2022 |
| ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION, | |
|       Intervenor. | |
| CALIFORNIA APARTMENT ASSOCIATION, *et al.*, | Case Number:  3:22-cv-02705-LB |
|       Plaintiffs and Petitioners, | |
|       vs. | |
| COUNTY OF ALAMEDA, *et al.*, | |
|       Defendants and Respondents. | |

ZACKS, FREEDMAN & PATTERSON, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

ZACKS, FREEDMAN & PATTERSON, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

1    Pursuant to Local Rule 6-2, Plaintiffs and Petitioners in these two related actions—JOHN

2   WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JACQUELINE

3   WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA in Case No. Case Number

4   3:22-cv-01274 (collectively, "Williams Plaintiffs"), and CALIFORNIA APARTMENT

5   ASSOCIATION, STEPHEN LIN, RAKESH and TRIPTI JAIN, ALISON MITCHELL,

6   MICHAEL HAGERTY, & H. ALEX and DANNIE ALVAREZ in Case No. Case Number 3:22-

7   cv-02705 (collectively, "CAA Plaintiffs"), and Defendants and Respondents ALAMEDA

8   COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS (collectively, "County

9   Defendants"), CITY OF OAKLAND, and OAKLAND CITY COUNCIL (collectively, "City

10   Defendants") and Intervenor ALLIANCE OF CALIFORNIANS FOR COMMUNITY

11   EMPOWERMENT ACTION ("Intervenor Defendant") hereby submit the following Joint

12   Request and Stipulation as follows:

13    On June 10, 2022, the Court issued a Case-Management and Pretrial Order. Pursuant to

14   the Scheduling Order, the Williams Plaintiffs and CAA Plaintiffs filed Rule 56 Motions on July

15   18, 2022, which were heard on September 29, 2022, and the Court took the motions under

16   submission that same day.

17    On November 4, 2022, the Court issued a Further Case-Management Conference Order.

18   Pursuant to said Order, the parties are to provide a revised Case Management Statement by

19   December 8, 2022, and a Case Management Conference shall be held on December 15, 2022.

20    On November 22, 2022, the Court issued an Order denying the Rule 56 Motions of the

21   Williams Plaintiffs and the CAA Plaintiffs.

22    On December 8, 2022, the parties filed a joint request to continue the December 15, 2022

23   Case Management Conference. The request was granted the same day, and the Case

24   Management Conference was reset to January 26, 2023.

25    The Williams Plaintiffs and the CAA Plaintiffs intend to file a motion within the next

26   thirty (30) days seeking an Order from the Court to certify the Court's Interlocutory Order

27   Denying Summary Judgment, dated November 22, 2022, for immediate appeal to the Ninth

28   Circuit Court of Appeals pursuant to 28 USC § 1292(b) and for a stay of the proceedings herein

ZACKS, FREEDMAN & PATTERSON, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

1   until the Ninth Circuit so decides the issues ("§ 1292(b) Motion"). The Plaintiffs also anticipate

2   that they may seek to file amended complaints to add new plaintiffs who are affected by the

3   County's and City's moratoria.

4          The parties agree that judicial economy would be ill served by moving forward with

5   discovery and further case proceedings prior to the resolution of the Plaintiffs' anticipated

6   motions.

7          Consequently, the parties HEREBY STIPULATE AND AGREE that:

8          (1)     The initial disclosures, currently due on or about December 22, 2022, should be

9   due thirty (30) days after the Court rules on the Plaintiffs' § 1292(b) Motion;

10         (2)     The deadlines in the Court's Scheduling Order of June 10, 2022 should be stayed

11  pending a case management conference to be held subsequent to the determination of the

12  Plaintiffs' § 1292(b) Motion.

13

14  IT IS SO STIPULATED.

15

16  Respectfully submitted,

17

18

19  Dated: December 14, 2022              By:     /s/  Emily Brough
                                          ZACKS, FREEDMAN & PATTERSON, PC
20                                        Attorneys for Plaintiffs and Petitioners
                                          JOHN WILLIAMS
21                                        ROBERT VOGEL
                                          SHEANNA ROGERS
22                                        MICHAEL LOEB
                                          JACQUELINE WATSON-BAKER
23                                        HOUSING PROVIDERS OF AMERICA

24

25  //

26  //

27  //

28  //

ZACKS, FREEDMAN & PATTERSON, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

1

2   Dated: December 14, 2022            By:      /s/  Christopher E. Skinnell
                                        Christopher E. Skinnell, Esq. (S.B. No. 227093)
3                                       Hilary J. Gibson, Esq. (S.B. No. 287862)
                                        NIELSEN MERKSAMER
4                                       PARRINELLO GROSS & LEONI LLP
                                        2350 Kerner Boulevard, Suite 250
5                                       San Rafael, California 94941
                                        Telephone: (415) 389-6800
6                                       Facsimile: (415) 388-6874
                                        cskinnell@nmgovlaw.com
7                                       hgibson@nmgovlaw.com
                                        Attorneys for Plaintiffs and Petitioners
8                                       CALIFORNIA APARTMENT ASSOCIATION
                                        STEPHEN LIN
9                                       RAKESH and TRIPTI JAIN
                                        ALISON MITCHELL
10                                      MICHAEL HAGERTY
                                        H. ALEX and DANNIE ALVAREZ
11

12

13

14  Dated:  December 14, 2022           By:      /s/ Matthew D. Zinn
                                        Matthew D. Zinn (214587)
15                                      Edward T. Schexnayder (284494)
                                        Mindy K. Jian (336139)
16                                      SHUTE, MIHALY & WEINBERGER LLP
                                        396 Hayes Street
17                                      San Francisco, CA 94102
                                        Telephone: (415) 552-7272
18                                      Facsimile: (415) 552-5816
                                        Schexnayder@smwlaw.com
19                                      mjian@smwlaw.com
                                        Attorneys for Defendants and Respondents
20                                      ALAMEDA COUNTY
                                        ALAMEDA COUNTY BOARD OF
21                                      SUPERVISORS

22

23  //

24  //

25  //

26  //

27  //

28  //

---

Dated:  December 14, 2022        By:     */s/ Allison Ehlert*
    Barbara J. Parker, City Attorney (069722)
    Maria Bee, Chief Assistant City Attorney (167716)
    Allison Ehlert, Deputy City Attorney (230362)
    One Frank H. Ogawa Plaza, 6th Floor
    Oakland, CA 94612
    Telephone: (510) 238-4779
    Facsimile: (510) 238-6500
    cstein@oaklandcityattorney.org
    Attorneys for Defendants and Respondents
    CITY OF OAKLAND
    OAKLAND CITY COUNCIL

Dated:  December 14, 2022        By:     */s/ Nicholas N. Spear*
    Nicholas N. Spear (304281)
    SUSMAN GODFREY L.L.P
    1900 Avenue of the Stars, Suite 1400
    Los Angeles, California 90067-6029
    Telephone: (310) 789-3100
    nspear@susmangodfrey.com
    Attorneys for Intervenor-Defendant
    Alliance of Californians for Community
    Empowerment Action

ZACKS, FREEDMAN & PATTERSON, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

ZACKS, FREEDMAN & PATTERSON, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

1

## [~~PROPOSED~~] ORDER

2          Pursuant to stipulation and good cause finding, the parties' request to continue and stay

3    certain pretrial and trial dates is GRANTED.  The parties' initial disclosures, currently due on or

4    about December 22, 2022, shall be due thirty (30) days after the Court rules on the Plaintiffs' §

5    1292(b) Motion; and, the deadlines in the Court's Scheduling Order of June 10, 2022 shall be

6    stayed pending a case management conference to be held subsequent to the determination of the

7    Plaintiffs' § 1292(b) Motion.

8

9    SO ORDERED.

10                                                                    Hon. Laurel Beeler
                                                                     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

*JOINT REQUEST AND STIPULATION TO CONTINUE AND STAY CERTAIN PRETRIAL DEADLINES – CASE NO. 3-22-CV-01274*
-6-

ZACKS, FREEDMAN & PATTERSON, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

1    **ATTESTATION**

2        Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

3    document has been obtained from the other signatories.

4    DATED:    December 14, 2022            */s/ Emily Brough*_____
                                              Emily Brough
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28