ANDREW M. ZACKS (SBN 147794)
EMILY L. BROUGH (SBN 284943)
ZACKS, FREEDMAN & PATTERSON, PC
1970 Broadway, Suite 1270
Oakland, CA 94612
Tel: (510) 469-0555
az@zfplaw.com
emily@zpflaw.com

Attorneys for Plaintiffs and Petitioners
JOHN WILLIAMS
ROBERT VOGEL
SHEANNA ROGERS
MICHAEL LOEB
JACQUELINE WATSON-BAKER
HOUSING PROVIDERS OF AMERICA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAMS, *et al.*, | Case Number: 3:22-cv-01274-LB |
| Plaintiffs and Petitioners, | |
| vs. | **JOINT REQUEST AND STIPULATION TO ADJOURN CMC TO FEBRUARY 2, 2023** |
| ALAMEDA COUNTY, *et al.*, | Complaint filed March 1, 2022 |
| Defendants and Respondents. | |
| ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION, | |
| Intervenor. | |
| CALIFORNIA APARTMENT ASSOCIATION, *et al.*, | Case Number: 3:22-cv-02705-LB |
| Plaintiffs and Petitioners, | |
| vs. | |
| COUNTY OF ALAMEDA, *et al.*, | |
| Defendants and Respondents. | |

Pursuant to Local Rule 6-2, Plaintiffs and Petitioners in these two related actions—JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JACQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA in Case No. Case Number 3:22-cv-01274 (collectively, "Williams Plaintiffs"), and CALIFORNIA APARTMENT ASSOCIATION, STEPHEN LIN, RAKESH and TRIPTI JAIN, ALISON MITCHELL, MICHAEL HAGERTY, & H. ALEX and DANNIE ALVAREZ in Case No. Case Number 3:22-cv-02705 (collectively, "CAA Plaintiffs"), and Defendants and Respondents ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS (collectively, "County Defendants"), CITY OF OAKLAND, and OAKLAND CITY COUNCIL (collectively, "City Defendants") and Intervenor ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION ("Intervenor Defendant") hereby submit the following Joint Request and Stipulation as follows:

On June 10, 2022, the Court issued a Case-Management and Pretrial Order. Pursuant to the Scheduling Order, the Williams Plaintiffs and CAA Plaintiffs filed Rule 56 Motions on July 18, 2022, which were heard on September 29, 2022, and the Court took the motions under submission that same day.

On November 4, 2022, the Court issued a Further Case-Management Conference Order. Pursuant to said Order, the parties are to provide a revised Case Management Statement by December 8, 2022, and a Case Management Conference shall be held on December 15, 2022.

On November 22, 2022, the Court issued an Order denying the Rule 56 Motions of the Williams Plaintiffs and the CAA Plaintiffs.

On December 8, 2022, the parties filed a joint request to continue the December 15, 2022 Case Management Conference. The request was granted the same day, and the Case Management Conference was reset to January 26, 2023.

On December 29, 2022, the Williams Plaintiffs and the CAA Plaintiffs filed a motion seeking an Order from the Court to certify the Court's Interlocutory Order Denying Summary Judgment, dated November 22, 2022, for immediate appeal to the Ninth Circuit Court of Appeals pursuant to 28 USC § 1292(b) and for a stay of the proceedings herein until the Ninth Circuit so

ZACKS, FREEDMAN & PATTERSON, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

1 decides the issues ("§ 1292(b) Motion"). The Return Date with respect to said motion is February
2 2, 2023.
3     The parties agree that judicial economy would be served by holding the Case
4 Management Conference on the same date at the aforesaid motion.
5     Consequently, the parties HEREBY STIPULATE AND AGREE that:
6     (1)   The Case Management Conference currently scheduled for January 26, 2023
7 should adjourned to February 2, 2023.

9 IT IS SO STIPULATED.
10 Respectfully submitted,

12 Dated: January 5, 2023                By:   */s/ Emily Brough*
                                              ZACKS, FREEDMAN & PATTERSON, PC
13                                             Attorneys for Plaintiffs and Petitioners
14                                             JOHN WILLIAMS
                                              ROBERT VOGEL
15                                             SHEANNA ROGERS
                                              MICHAEL LOEB
16                                             JACQUELINE WATSON-BAKER
17                                             HOUSING PROVIDERS OF AMERICA

18 Dated: January 5, 2023                By:   */s/ Christopher E. Skinnell*
19                                             Christopher E. Skinnell, Esq. (S.B. No. 227093)
                                              Hilary J. Gibson, Esq. (S.B. No. 287862)
20                                             NIELSEN MERKSAMER
                                              PARRINELLO GROSS & LEONI LLP
21                                             2350 Kerner Boulevard, Suite 250
22                                             San Rafael, California 94941
                                              Telephone: (415) 389-6800
23                                             Facsimile: (415) 388-6874
                                              cskinnell@nmgovlaw.com
24                                             hgibson@nmgovlaw.com
25                                             Attorneys for Plaintiffs and Petitioners
                                              CALIFORNIA APARTMENT ASSOCIATION
26                                             STEPHEN LIN RAKESH and TRIPTI JAIN
                                              ALISON MITCHELL
27                                             MICHAEL HAGERTY
28                                             H. ALEX and DANNIE ALVAREZ

*ZACKS, FREEDMAN & PATTERSON, PC*
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

| | | |
|---|---|---|
| Dated: January 5, 2023 | By: | */s/ Matthew D. Zinn* |

Matthew D. Zinn (214587)
Edward T. Schexnayder (284494)
Mindy K. Jian (336139)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
Schexnayder@smwlaw.com
mjian@smwlaw.com
Attorneys for Defendants and Respondents
ALAMEDA COUNTY
ALAMEDA COUNTY BOARD OF SUPERVISORS

| | | |
|---|---|---|
| Dated: January 5, 2023 | By: | */s/ Allison Ehlert* |

Barbara J. Parker, City Attorney (069722)
Maria Bee, Chief Assistant City Attorney (167716)
Allison Ehlert, Deputy City Attorney (230362)
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone: (510) 238-4779
Facsimile: (510) 238-6500
cstein@oaklandcityattorney.org
Attorneys for Defendants and Respondents
CITY OF OAKLAND
OAKLAND CITY COUNCIL

| | | |
|---|---|---|
| Dated: January 5, 2023 | By: | */s/ Nicholas N. Spear* |

Nicholas N. Spear (304281)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
nspear@susmangodfrey.com
Attorneys for Intervenor-Defendant
Alliance of Californians for Community Empowerment Action

# **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: January 5, 2023 */s/ Emily Brough*
Emily Brough

# PROOF OF SERVICE
United States District Court—Northern District of California- Case No.: 3:22-cv-01274-LB

I, Angelica Nguyen, declare that:

I am employed in the County of San Francisco, State of California. I am over the age of 18, and am not a party to this action. My business address is 601 Montgomery Street, Suite 400, San Francisco, California 94111.

On January 5, 2023, I served:

**JOINT REQUEST AND STIPULATION TO ADJOURN CMC TO FEBRUARY 2, 2023**

in said cause addressed as follows:

| | |
|---|---|
| PACIFIC LEGAL FOUNDATION<br>JONATHAN HOUGHTON (NJ Bar No. 369652021)<br>3100 Clarendon Blvd., Suite 610<br>Arlington, VA 22201<br>BRIAN HODGES (WA Bar No. 31976)<br>SAM SPIEGELMAN (NY Bar No. 5573100)<br>255 South King Street, Suite 800<br>Seattle, WA 98104<br>Email: JHoughton@pacificlegal.org<br>Email: BHodges@pacificlegal.org<br>Email: SSpiegelman@pacificlegal.org<br>*Attorney for John Williams, Robert Vogel, Sheanna Rogers, Michael Loeb, Jacqueline Watson-Baker, Housing Providers of America* | MARC SELTZER<br>KRYSTA K. PACHMAN<br>GLENN C. BRIDGMAN<br>NICHOLAS N. SPEAR<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Email: mseltzer@susmangodfrey.com<br>Email: kpachman@susmangodfrey.com<br>Email: gbridgman@susmangodfrey.com<br>Email: nspear@susmangodfrey.com<br>*Attorneys for Intervenor-Defendant Alliance of Californians for Community Empowerment Action* |
| MATTHEW D. ZINN<br>EDWARD T. SCHEXNAYDER<br>MINDY K. JIAN<br>SHUTE, MIHALY & WEINBERGER LLP<br>396 Hayes Street<br>San Francisco, CA 94102<br>Email: Zinn@smwlaw.com<br>Email: Schexnayder@smwlaw.com<br>Email: mjian@smwlaw.com<br>*Attorney for Alameda County and Alameda County Board of Supervisors* | BARBARA J. PARKER<br>MARIA BEE<br>ALLISON EHLERT<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612<br>E-Mail: aehlert@oaklandcityattorney.org<br>*Attorney for City of Oakland and Oakland City Council* |
| CHRISTOPHER E. SKINNELL<br>HILARY J. GIBSON<br>NIELSEN MERKSAMER | |

*ZACKS, FREEDMAN & PATTERSON, PC*
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

| | |
|---|---|
| PARRINELLO GROSS & LEONI LLP<br>2350 Kerner Boulevard, Suite 250<br>San Rafael, CA 94941<br>Email: cskinnell@nmgovlaw.com<br>Email: hgibson@nmgovlaw.com<br>*Attorneys for Plaintiffs and Petitioners California Apartment Association Stephen Lin, Lakesh and Tripti Jain, Alison Mitchell, Michael Hagerty, H. Alex, Dannie Alvarez* | |

**/XX/   (BY ELECTRONIC SERVICE)** Based on a court order or an agreement of the parties to accept electronic service, I caused the said document to be served electronically through the CM/ECS System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on January 5, 2023, at San Francisco, California.



ANGELICA NGUYEN