MATTHEW D. ZINN (State Bar No. 214587)
EDWARD T. SCHEXNAYDER (State Bar No. 284494)
MINDY K. JIAN (State Bar No. 336139)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:   (415) 552-7272
Facsimile:    (415) 552-5816
Zinn@smwlaw.com
Schexnayder@smwlaw.com
Mjian@smwlaw.com

Attorneys for Defendants and Respondents Alameda County and Alameda County Board of Supervisors

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JAQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA,<br><br>    Plaintiffs and Petitioners,<br><br>    v.<br><br>ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS, CITY OF OAKLAND, OAKLAND CITY COUNCIL, and DOES 1-10,<br><br>    Defendants and Respondents,<br><br>    v.<br><br>ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION,<br><br>    Defendant-Intervenor. | Case No. 3:22-cv-01274-LB<br>Case No. 3:22-cv-02705-LB (related)<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date:         February 9, 2023<br>Time:        9:30 a.m.<br>Courtroom:  B<br>Judge:       Hon. Laurel Beeler<br><br>Trial Date:    none set |

|   |   |
|---|---|
| 1 | Defendants and Respondents Alameda County and Alameda County Board of |
| 2 | Supervisors hereby notify the Court of the recent decision in *Community Housing* |
| 3 | *Improvement Program v. City of New York*, --- F.4th. ---, 2023 WL 1769666 (2d Cir. |
| 4 | Feb. 6, 2023) ("*CHIP*"), which is relevant to Plaintiffs' pending motion. The decision |
| 5 | was issued on February 6, 2023, after Defendants filed their Joint Opposition to Mo- |
| 6 | tion to Certify the Interlocutory Decision for Appeal and for a Stay on January 12, |
| 7 | 2023. *See* Dkt. 105. |
| 8 | In *CHIP*, the Second Circuit upheld New York City's Housing Stability and |
| 9 | Tenant Protection Act of 2019 ("HSTPA") against a facial takings challenge. 2023 |
| 10 | WL 1769666 at *6-8. The HSTPA limited landlords' ability to increase rents and re- |
| 11 | gain possession of rental units. *Id.* at *2. As Plaintiffs did here, the appellant |
| 12 | landlords in *CHIP* relied on *Loretto v. Teleprompter Manhattan CATV Corp.*, 458 |
| 13 | U.S. 419 (1982), *Horne v. Department of Agriculture*, 576 U.S. 350 (2015), and *Cedar* |
| 14 | *Point Nursery v. Hassid*, 141 S. Ct. 2063 (2021), to argue that the HSTPA effected a |
| 15 | physical taking. *Id.* at *7-8. The Second Circuit rejected this argument, finding that |
| 16 | none of those cases "concerns a statute that regulates the landlord-tenant relation- |
| 17 | ship." *Id.* at *8. The court noted that *Cedar Point* "readily distinguish[ed]" between |
| 18 | "compell[ed] invasions of properties closed to the public" and regulating properties |
| 19 | that landlords "voluntarily invited third parties to use." *Id.* at *7 (internal quotation |
| 20 | marks omitted). The court instead applied *Yee v. City of Escondido,* 503 U.S. 519 |
| 21 | (1992). 2023 WL 1769666 at *8. |
| 22 | *CHIP* provides further support for this Court's order denying Plaintiffs' mo- |
| 23 | tions for summary judgment. It undercuts Plaintiffs' contention that the order's |
| 24 | rejection of their facial physical takings claim presents a substantial ground for dif- |
| 25 | ference of opinion supporting certification for an interlocutory appeal. Defendants |
| 26 | will be prepared to further discuss this case at the hearing on Plaintiffs' motion, if |
| 27 | necessary. |
| 28 |   |

NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 3:22-cv-01274-LB

| | | |
|---|---|---|
| 1 | DATED: February 8, 2023 | SHUTE, MIHALY & WEINBERGER LLP |
| 2 | | |
| 3 | | By:  /s/Matthew D. Zinn |
| 4 | | MATTHEW D. ZINN |
|   | | EDWARD T. SCHEXNAYDER |
| 5 | | MINDY K. JIAN |
| 6 | | |
| 7 | | Attorneys for Defendants and Respondents Alameda County and Alameda County Board of Supervisors |