MATTHEW D. ZINN (State Bar No. 214587)
EDWARD T. SCHEXNAYDER (State Bar No. 284494)
MINDY K. JIAN (State Bar No. 336139)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:   (415) 552-7272
Facsimile:    (415) 552-5816
Zinn@smwlaw.com
Schexnayder@smwlaw.com
Mjian@smwlaw.com

Attorneys for Defendants and Respondents
Alameda County and Alameda County Board of Supervisors

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JAQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA,<br><br>Plaintiffs and Petitioners,<br><br>v.<br><br>ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS, CITY OF OAKLAND, OAKLAND CITY COUNCIL, and DOES 1-10,<br><br>Defendants and Respondents,<br><br>v.<br><br>ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION,<br><br>Defendant-Intervenor. | Case No. 3:22-cv-01274-LB<br>Case No. 3:22-cv-02705-LB (related)<br><br>**STATEMENT RE PENDING NINTH CIRCUIT CASES**<br><br>Hon. Laurel Beeler<br><br>Trial Date:          none set |

As directed by the Court's February 9, 2023 minute order (Dkt. 111), Defendants and Respondents Alameda County and Alameda County Board of Supervisors submit this statement identifying the three eviction moratorium cases currently pending before the Ninth Circuit discussed at the hearing on Plaintiffs' Motion to Certify the Interlocutory Decision for Appeal. These three cases are:

- *Jevons v. Inslee* (Ninth Cir. No. 22-35050). 561 F.Supp.3d 1082 (E.D. Wa. 2021).
- *Iten v. County of Los Angeles* (Ninth Cir. No. 22-55480). No. CV 21-00486 DDP (JEMx), 2022 WL 1127880 (C.D. Cal. Apr. 15, 2022).
- *El Papel, LLC v. City of Seattle* (Ninth Cir. No. 22-35656). No. 20-cv-01323-RAJ, 2022 WL 2828685 (W.D. Wa. July 20, 2022).

As noted at the hearing, these cases are currently set for oral argument on April 10, 2023.[1] Defendants request that the Court stay this action, reserving decision on Plaintiffs' Motion to Certify the Interlocutory Decision for Appeal, to allow the above three cases to be decided.

DATED: February 9, 2023        SHUTE, MIHALY & WEINBERGER LLP

By:     /s/Matthew D. Zinn
MATTHEW D. ZINN
EDWARD T. SCHEXNAYDER
MINDY K. JIAN

Attorneys for Defendants and Respondents Alameda County and Alameda County Board of Supervisors

---

[1] The calendar is available at https://www.ca9.uscourts.gov/calendar/monthly_sittings/117058.html