ANDREW M. ZACKS (SBN 147794)
EMILY L. BROUGH (SBN 284943)
ZACKS, FREEDMAN & PATTERSON, PC
1970 Broadway, Suite 1270
Oakland, CA 94612
Tel: (510) 469-0555
az@zfplaw.com
emily@zpflaw.com

PACIFIC LEGAL FOUNDATION
JONATHAN M. HOUGHTON (N.J. Bar No. 369652021)
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
BRIAN T. HODGES (Wash. Bar No. 31976)
SAM SPIEGELMAN (N.Y. Bar No. 5573100)
255 South King Street, Suite 800
Seattle, WA 98104
Telephone: (916) 419-7111
JHoughton@pacificlegal.org
BHodges@pacificlegal.org
SSpiegelman@pacificlegal.org

*Attorneys for Plaintiffs and Petitioners John Williams, et al.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAMS, *et al.*, | Case Number:  3:22-cv-01274-LB |
| Plaintiffs and Petitioners, | **JOINT REQUEST TO EXTEND DEADLINE TO RESPOND TO COURT'S MARCH 10, 2023 ORDER** |
| vs. | |
| ALAMEDA COUNTY, *et al.*, | Complaint filed March 1, 2022 |
| Defendants and Respondents. | |
| ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION, | |
| Intervenor. | |

| | |
|---|---|
| CALIFORNIA APARTMENT ASSOCIATION, *et al.*,<br>    Plaintiffs and Petitioners,<br>vs.<br>COUNTY OF ALAMEDA, *et al.*,<br>    Defendants and Respondents. | Case Number: 3:22-cv-02705-LB |

Pursuant to Local Rule 6-3, Plaintiffs and Petitioners in these two related actions, JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JACQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA in Case No. Case Number 3:22-cv-01274 (collectively, "Williams Plaintiffs"), and CALIFORNIA APARTMENT ASSOCIATION, STEPHEN LIN, RAKESH and TRIPTI JAIN, ALISON MITCHELL, MICHAEL HAGERTY, & H. ALEX and DANNIE ALVAREZ in Case No. Case Number 3:22-cv-02705 (collectively, "CAA Plaintiffs"), hereby submit the following Joint Request as follows:

On December 29, 2022, the Williams Plaintiffs and the CAA Plaintiffs filed a motion seeking an Order from the Court to certify the Court's Interlocutory Order Denying Summary Judgment, dated November 22, 2022, for immediate appeal to the Ninth Circuit Court of Appeals pursuant to 28 USC § 1292(b) ("§ 1292(b) Motion"). The § 1292(b) Motion was heard on February 9, 2023. Defendants made a post-hearing submission, ordered by the Court, requesting a stay of this matter until the Ninth Circuit's decisions in *Jevons v. Inslee*, No. 22-35050 (9th Cir. docketed Jan. 18, 2022); *Iten v. Cnty. of Los Angeles*, No. 22-55480 (9th Cir. docketed May 12, 2022); *El Papel, LLC*, No. 22-35656 (9th Cir. docketed Aug. 17, 2022).

On February 24, 2023, the Court denied the § 1292(b) Motion, extended a temporary stay of the proceedings for fourteen days, and requested the parties submit a statement about whether they would either stipulate or move for a stay of the proceedings. Defendants submitted a statement, which represented that Defendants intended to move for a stay, and requested the temporary stay be extended through the time that motion was heard, and that Plaintiffs opposed both requests.

On March 10, 2023, Defendants filed a motion for a stay of these proceedings; the hearing is set for April 20, 2023.

On March 10, 2023 (Friday evening), the Court ordered the parties to submit a response to Defendants' request for an extension of the temporary stay on March 13, 2023 (the following Monday).

Plaintiffs intend to oppose the request for an extension of the temporary stay and respectfully request the Court grant an additional two days to respond to the Court's March 10, 2023 order, to Wednesday March 15, 2023. Good cause exists for a two-day extension because the Order only permits Plaintiffs one business day to draft this opposition. The County Defendant and Intervenor Defendant have indicated that they do not oppose this request.[1] A two-day extension will not result in any other change to the schedule for this case.

Respectfully submitted,

Dated: March 13, 2023

| ZACKS, FREEDMAN & PATTERSON, PC | PACIFIC LEGAL FOUNDATION |
|---|---|
| */s/ Emily L. Brough* | */s/ Jonathan M. Houghton* |
| ANDREW M. ZACKS (SBN 147794) | JONATHAN M. HOUGHTON |
| EMILY L. BROUGH (SBN 284943) | (N.J. Bar No. 369652021) |
| 1970 Broadway, Suite 1270 | 3100 Clarendon Blvd., Suite 1000 |
| Oakland, CA 94612 | Arlington, VA 22201 |
| Tel: (510) 469-0555 | BRIAN T. HODGES (Wash. Bar No. 31976) |
| az@zfplaw.com | SAM SPIEGELMAN |
| emily@zpflaw.com | (N.Y. Bar No. 5573100) |
| | 255 South King Street, Suite 800 |
| | Seattle, WA 98104 |
| | Telephone: (916) 419-7111 |
| | JHoughton@pacificlegal.org |
| | BHodges@pacificlegal.org |
| | SSpiegelman@pacificlegal.org |

Attorneys for Plaintiffs and Petitioners JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JACQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA

---

[1] Plaintiffs had not heard back from the City defendant prior to submitting this request.

NIELSEN MERKSAMER
PARRINELLO GROSS & LEONI LLP

*/s/  Christopher E. Skinnell*
Christopher E. Skinnell, Esq. (S.B. No. 227093)
Hilary J. Gibson, Esq. (S.B. No. 287862)
2350 Kerner Boulevard, Suite 250
San Rafael, California 94941
Telephone: (415) 389-6800
Facsimile: (415) 388-6874
cskinnell@nmgovlaw.com
hgibson@nmgovlaw.com
Attorneys for Plaintiffs and Petitioners
CALIFORNIA APARTMENT ASSOCIATION
STEPHEN LIN
RAKESH and TRIPTI JAIN
ALISON MITCHELL
MICHAEL HAGERTY
H. ALEX and DANNIE ALVAREZ

**[PROPOSED] ORDER**

Good cause finding, Plaintiffs' request to extend the deadline to respond to the Court's March 10, 2023 Order is GRANTED. The deadline to respond to the Court's March 10, 2023 Order shall be extended from March 13, 2023 to March 15, 2023.

SO ORDERED.

Hon. Laurel Beeler
United States Magistrate Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: March 13, 2023     */s/ Emily Brough*
                          Emily Brough