ANDREW M. ZACKS (SBN 147794)
EMILY L. BROUGH (SBN 284943)
ZACKS & FREEDMAN, PC
1970 Broadway, Suite 1270
Oakland, CA 94612
Tel: (510) 469-0555
az@zfplaw.com
emily@zpflaw.com

PACIFIC LEGAL FOUNDATION
JONATHAN M. HOUGHTON (N.J. Bar No. 369652021)
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
BRIAN T. HODGES (Wash. Bar No. 31976)
SAM SPIEGELMAN (N.Y. Bar No. 5573100)
255 South King Street, Suite 800
Seattle, WA 98104
Telephone: (916) 419-7111
JHoughton@pacificlegal.org
BHodges@pacificlegal.org
SSpiegelman@pacificlegal.org

*Attorneys for Plaintiffs and Petitioners John Williams, et al.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WILLIAMS, *et al.*, | Case Number:  3:22-cv-01274-LB |
| Plaintiffs and Petitioners, | |
| vs. | **STIPULATED REQUEST TO EXTEND INITIAL DISCLOSURE DEADLINE;** ~~**PROPOSED**~~ **ORDER** |
| ALAMEDA COUNTY, *et al.*, | |
| Defendants and Respondents. | |
| ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION, | |
| Intervenor. | |

| | |
|---|---|
| CALIFORNIA APARTMENT ASSOCIATION, *et al.*,<br>    Plaintiffs and Petitioners,<br>vs.<br>COUNTY OF ALAMEDA, *et al.*,<br>    Defendants and Respondents. | Case Number:  3:22-cv-02705-LB |

Pursuant to Local Rule 6-2, Plaintiffs and Petitioners JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JACQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA (collectively, "Williams Plaintiffs"), Plaintiffs and Petitioners CALIFORNIA APARTMENT ASSOCIATION, STEPHEN LIN, RAKESH and TRIPTI JAIN, ALISON MITCHELL, MICHAEL HAGERTY, & H. ALEX and DANNIE ALVAREZ (collectively, "CAA Plaintiffs") in related case *California Apartment Association et al. vs. County of Alameda et al.* Case No. 4:22-cv-02705 ("CAA Action"), and Defendants and Respondents ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS (collectively, "County Defendants"), CITY OF OAKLAND, and OAKLAND CITY COUNCIL (collectively, "City Defendants") and Intervenor ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION ("Intervenor Defendant") hereby submit the a Stipulated Request as follows:

On December 14, 2022, the parties filed a Joint Request and Stipulation to Continue and Stay Certain Pretrial Deadlines on the grounds that Plaintiffs intended to file a motion seeking an Order from the Court to certify the Court's Interlocutory Order Denying Summary Judgment, for immediate appeal to the Ninth Circuit Court of Appeals pursuant to 28 USC § 1292(b) ("§ 1292(b) Motion").

On December 15, 2022, the Court granted that request, ordering that the parties' initial disclosures be due thirty (30) days after the Court rules on the Plaintiffs' § 1292(b) Motion; and stayed the deadlines in the Court's Scheduling Order of June 10, 2022 pending a case

management conference to be held subsequent to the determination of the Plaintiffs' § 1292(b) Motion.

On December 29, 2022, the Williams Plaintiffs and the CAA Plaintiffs filed the § 1292(b) Motion. The § 1292(b) Motion was heard on February 9, 2023. Defendants made a post-hearing submission, ordered by the Court, requesting a stay of this matter until the Ninth Circuit's decisions in *Jevons v. Inslee*, No. 22-35050 (9th Cir. docketed Jan. 18, 2022); *Iten v. Cnty. of Los Angeles*, No. 22-55480 (9th Cir. docketed May 12, 2022); *El Papel, LLC*, No. 22-35656 (9th Cir. docketed Aug. 17, 2022).

On February 24, 2023, the Court denied the § 1292(b) Motion, extended a temporary stay of the proceedings for fourteen days, and requested the parties submit a statement about whether they would either stipulate or move for a stay of the proceedings. Defendants submitted a statement, which represented that Defendants intended to move for a stay, and requested the temporary stay be extended through the time that motion was heard.

On March 10, 2023, Defendants filed a motion for a stay of these proceedings. That motion was denied on April 7, 2023, and the temporary stay was lifted on that date. Thus, the current initial disclosure deadline is May 5, 2023.

On April 19, 2023, the Williams Plaintiffs informed Defendants that they intended to seek to amend their complaint to address the changes, and proposed changes, to the local regulations at issue in this case, as well to potentially add new claims and new plaintiffs. Defendants indicated that they would consider stipulating to the amended complaint and requested a copy of the amended pleading. The Williams' Plaintiffs agreed to circulate a copy of the amended pleading, however, given that certain proposed changes in Oakland's regulations are currently being considered by the Oakland City Council, the Williams Plaintiffs indicated that they anticipated their amended pleading would be finalized in the next two weeks.

Given that the Williams' Plaintiffs will seek to amend their complaint, either via stipulation or by motion to this Court, the parties agree that judicial economy would best be served by extending the initial disclosure deadline as follows:

(1) If the Court grants Plaintiffs' request for leave to amend their complaint (either by stipulation or motion), the initial disclosure deadline will be extended to either (A) four weeks after filing of Defendants' answers or (B) four weeks after resolution of a motion to dismiss, if Defendants file such a motion.

(2) If the Court denies Plaintiffs' request for leave to amend their complaint the initial disclosure deadline will be extended to four weeks after the Court's order is entered.

SO STIPULATED.

Respectfully submitted,

Dated: May 1, 2023

| ZACKS, FREEDMAN & PATTERSON, PC | PACIFIC LEGAL FOUNDATION |
|---|---|
|   /s/ Emily L. Brough |   /s/ Jonathan M. Houghton |
| ANDREW M. ZACKS (SBN 147794) | JONATHAN M. HOUGHTON |
| EMILY L. BROUGH (SBN 284943) | (N.J. Bar No. 369652021) |
| 1970 Broadway, Suite 1270 | 3100 Clarendon Blvd., Suite 1000 |
| Oakland, CA 94612 | Arlington, VA 22201 |
| Tel: (510) 469-0555 | BRIAN T. HODGES (Wash. Bar No. 31976) |
| az@zfplaw.com | SAM SPIEGELMAN |
| emily@zpflaw.com | (N.Y. Bar No. 5573100) |
| | 255 South King Street, Suite 800 |
| | Seattle, WA 98104 |
| | Telephone: (916) 419-7111 |
| | JHoughton@pacificlegal.org |
| | BHodges@pacificlegal.org |
| | SSpiegelman@pacificlegal.org |

Attorneys for Plaintiffs and Petitioners JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JACQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA

Dated: May 1, 2023

        NIELSEN MERKSAMER
        PARRINELLO GROSS & LEONI LLP

        */s/  Christopher E. Skinnell*
        Christopher E. Skinnell, Esq. (S.B. No. 227093)
        Hilary J. Gibson, Esq. (S.B. No. 287862)
        2350 Kerner Boulevard, Suite 250
        San Rafael, California 94941
        Telephone: (415) 389-6800
        Facsimile: (415) 388-6874
        cskinnell@nmgovlaw.com
        hgibson@nmgovlaw.com
        Attorneys for Plaintiffs and Petitioners
        CALIFORNIA APARTMENT ASSOCIATION
        STEPHEN LIN
        RAKESH and TRIPTI JAIN
        ALISON MITCHELL
        MICHAEL HAGERTY
        H. ALEX and DANNIE ALVAREZ

Dated: May 1, 2023        By:   */s/ Matthew D. Zinn*
                             Matthew D. Zinn (214587)
                             Edward T. Schexnayder (284494)
                             Mindy K. Jian (336139)
                             SHUTE, MIHALY & WEINBERGER LLP
                             396 Hayes Street
                             San Francisco, CA 94102
                             Telephone: (415) 552-7272
                             Facsimile: (415) 552-5816
                             Schexnayder@smwlaw.com
                             mjian@smwlaw.com
                             Attorneys for Defendants and Respondents
                             ALAMEDA COUNTY
                             ALAMEDA COUNTY BOARD OF
                             SUPERVISORS

//

//

//

//

| | | |
|---|---|---|
| Dated: May 1, 2023 | By: | */s/ Allison Ehlert* |
| | | Barbara J. Parker, City Attorney (069722) |
| | | Maria Bee, Chief Assistant City Attorney (167716) |
| | | Allison Ehlert, Deputy City Attorney (230362) |
| | | One Frank H. Ogawa Plaza, 6th Floor |
| | | Oakland, CA 94612 |
| | | Telephone: (510) 238-4779 |
| | | Facsimile: (510) 238-6500 |
| | | cstein@oaklandcityattorney.org |
| | | Attorneys for Defendants and Respondents |
| | | CITY OF OAKLAND |
| | | OAKLAND CITY COUNCIL |

| | | |
|---|---|---|
| Dated: May 1, 2023 | By: | */s/ Nicholas N. Spear* |
| | | Nicholas N. Spear (304281) |
| | | SUSMAN GODFREY L.L.P |
| | | 1900 Avenue of the Stars, Suite 1400 |
| | | Los Angeles, California 90067-6029 |
| | | Telephone: (310) 789-3100 |
| | | nspear@susmangodfrey.com |
| | | Attorneys for Intervenor-Defendant |
| | | Alliance of Californians for Community Empowerment Action |

**[~~PROPOSED~~] ORDER**

Good cause finding, the parties' initial disclosure deadline is extended as follows:

(1) If the Court grants the Williams' Plaintiffs' request for leave to amend their complaint (either by stipulation or motion), the initial disclosure deadline will be extended to either (A) four weeks after filing of Defendants' answers or (B) four weeks after resolution of a motion to dismiss, if Defendants file such a motion.

(2) If the Court denies Plaintiffs' request for leave to amend their complaint the initial disclosure deadline will be extended to four weeks after the Court's order is entered.

SO ORDERED.  _____
Hon. Laurel Beeler
United States Magistrate Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED:  May 1, 2023            */s/ Emily Brough*_____
                                Emily Brough