ANDREW M. ZACKS (SBN 147794)
EMILY L. BROUGH (SBN 284943)
ZACKS & FREEDMAN, PC
1970 Broadway, Suite 1270
Oakland, CA 94612
Tel: (510) 469-0555
az@zfplaw.com
emily@zpflaw.com

PACIFIC LEGAL FOUNDATION
JONATHAN M. HOUGHTON (N.J. Bar No. 369652021)
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
BRIAN T. HODGES (Wash. Bar No. 31976)
SAM SPIEGELMAN (N.Y. Bar No. 5573100)
255 South King Street, Suite 800
Seattle, WA 98104
Telephone: (916) 419-7111
JHoughton@pacificlegal.org
BHodges@pacificlegal.org
SSpiegelman@pacificlegal.org

*Attorneys for Plaintiffs and Petitioners John Williams, et al.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAMS, *et al.*, | Case Number: 3:22-cv-01274-LB |
| Plaintiffs and Petitioners, | **JOINT CASE MANAGEMENT STATEMENT** |
| vs. | |
| ALAMEDA COUNTY, *et al.*, | |
| Defendants and Respondents. | |
| ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION, | |
| Intervenor. | |

| | |
|---|---|
| CALIFORNIA APARTMENT ASSOCIATION, *et al.*,<br>    Plaintiffs and Petitioners,<br>vs.<br>COUNTY OF ALAMEDA, *et al.*,<br>    Defendants and Respondents. | Case Number:  3:22-cv-02705-LB |

Pursuant to Local Rule 16-10(D), Plaintiffs and Petitioners JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JACQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA (collectively, "Williams Plaintiffs"), Plaintiffs and Petitioners CALIFORNIA APARTMENT ASSOCIATION, STEPHEN LIN, RAKESH and TRIPTI JAIN, ALISON MITCHELL, MICHAEL HAGERTY, & H. ALEX and DANNIE ALVAREZ (collectively, "CAA Plaintiffs") in related case *California Apartment Association et al. vs. County of Alameda et al.* Case No. 4:22-cv-02705 ("CAA Action"), and Defendants and Respondents ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS (collectively, "County Defendants"), CITY OF OAKLAND, and OAKLAND CITY COUNCIL (collectively, "City Defendants") and Intervenor ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION ("Intervenor Defendant") hereby submit the following joint status update:

On June 10, 2022, the Court issued its initial Case Management and Pretrial Order.

On December 29, 2022, the Williams Plaintiffs and the CAA Plaintiffs filed a § 1292(b) Motion.  The § 1292(b) Motion was heard on February 9, 2023.  On February 24, 2023, the Court denied the § 1292(b) Motion and extended a temporary stay of the proceedings for fourteen days.

On March 10, 2023, Defendants filed a motion for a stay of these proceedings.  That motion was denied on April 7, 2023, and the temporary stay was lifted on that date.

On April 19, 2023, the Williams Plaintiffs informed Defendants that they intended to seek to amend their complaint to address the changes, and proposed changes, to the local regulations at issue in this case, as well to potentially add new claims and new plaintiffs.

Defendants indicated that they would consider stipulating to the amended complaint and requested a copy of the amended pleading. The Williams' Plaintiffs agreed to circulate a copy of the amended pleading, however, given that certain proposed changes to Oakland's regulations were at that time being considered by the Oakland City Council, the Williams Plaintiffs indicated that they anticipated their amended pleading would be finalized after a decision was made on those proposed changes.

On May 1, 2023, the parties filed a Stipulated Request to Extend Initial Disclosure Deadline given the Williams Plaintiffs' intent to amend their pleading. That request was granted on May 3, 2023.

On May 3, 2023, the parties filed a Stipulated Request to Continue the May 11, 2023 case management conference to June 15, 2023, given the Williams' Plaintiffs intent to seek amendments to their complaint. That request was granted that same day.

On June 4, 2023, the Williams Plaintiffs informed Defendants that they were still working on their proposed amendments to their complaint, and the parties therefore filed a Stipulated Request to Continue the June 15, 2023 case management conference; the Court granted the request and continued the case management conference to August 10, 2023.

On August 3, 2023, the Williams Plaintiffs circulated their proposed amended pleading to Defendants and requested that they stipulate to the Williams Plaintiffs seeking leave to file the pleading.

The Parties will be prepared to address whether Defendants will stipulate to the Williams Plaintiffs' seeking leave to file their amended pleading and further scheduling at the case management conference on August 10, 2023.

Respectfully submitted,

//

//

//

Dated: August 3, 2023

| ZACKS & FREEDMAN, PC | PACIFIC LEGAL FOUNDATION |
|---|---|
| */s/ Emily L. Brough* | */s/ Jonathan M. Houghton* |
| ANDREW M. ZACKS (SBN 147794) | JONATHAN M. HOUGHTON |
| EMILY L. BROUGH (SBN 284943) | (N.J. Bar No. 369652021) |
| 1970 Broadway, Suite 1270 | 3100 Clarendon Blvd., Suite 1000 |
| Oakland, CA 94612 | Arlington, VA 22201 |
| Tel: (510) 469-0555 | BRIAN T. HODGES (Wash. Bar No. 31976) |
| az@zfplaw.com | SAM SPIEGELMAN |
| emily@zpflaw.com | (N.Y. Bar No. 5573100) |
| | 255 South King Street, Suite 800 |
| | Seattle, WA 98104 |
| | Telephone: (916) 419-7111 |
| | JHoughton@pacificlegal.org |
| | BHodges@pacificlegal.org |
| | SSpiegelman@pacificlegal.org |

Attorneys for Plaintiffs and Petitioners JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JACQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA

Dated: August 3, 2023

By:   */s/ Christopher E. Skinnell*
Christopher E. Skinnell, Esq. (S.B. No. 227093)
Hilary J. Gibson, Esq. (S.B. No. 287862)
NIELSEN MERKSAMER
PARRINELLO GROSS & LEONI LLP
2350 Kerner Boulevard, Suite 250
San Rafael, California 94941
Telephone: (415) 389-6800
Facsimile: (415) 388-6874
cskinnell@nmgovlaw.com
hgibson@nmgovlaw.com
Attorneys for Plaintiffs and Petitioners
CALIFORNIA APARTMENT ASSOCIATION
STEPHEN LIN
RAKESH and TRIPTI JAIN
ALISON MITCHELL
MICHAEL HAGERTY
H. ALEX
DANNIE ALVAREZ

| | | |
|---|---|---|
| Dated: August 3, 2023 | By: | */s/ Edward T. Schexnayder* |
| | | Matthew D. Zinn (214587) |
| | | Edward T. Schexnayder (284494) |
| | | Mindy K. Jian (336139) |
| | | SHUTE, MIHALY & WEINBERGER LLP |
| | | 396 Hayes Street |
| | | San Francisco, CA 94102 |
| | | Telephone: (415) 552-7272 |
| | | Facsimile: (415) 552-5816 |
| | | Schexnayder@smwlaw.com |
| | | mjian@smwlaw.com |
| | | Attorneys for Defendants and Respondents |
| | | ALAMEDA COUNTY |
| | | ALAMEDA COUNTY BOARD OF SUPERVISORS |
| Dated: August 3, 2023 | By: | */s/ Allison Ehlert* |
| | | Barbara J. Parker, City Attorney (069722) |
| | | Maria Bee, Chief Assistant City Attorney (167716) |
| | | Allison Ehlert, Deputy City Attorney (230362) |
| | | One Frank H. Ogawa Plaza, 6th Floor |
| | | Oakland, CA 94612 |
| | | Telephone: (510) 238-4779 |
| | | Facsimile: (510) 238-6500 |
| | | aehlert@oaklandcityattorney.org |
| | | Attorneys for Defendants and Respondents |
| | | CITY OF OAKLAND |
| | | OAKLAND CITY COUNCIL |
| Dated: August 3, 2023 | By: | */s/ Nicholas N. Spear* |
| | | Marc Seltzer (54534) |
| | | Krysta Pachman (280951) |
| | | Glenn Bridgman (298134) |
| | | Nicholas N. Spear (304281) |
| | | mseltzer@susmangodfrey.com |
| | | kpachman@susmangodfrey.com |
| | | gbridgman@susmangodfrey.com |
| | | nspear@susmangodfrey.com |
| | | SUSMAN GODFREY L.L.P |
| | | 1900 Avenue of the Stars, Suite 1400 |
| | | Los Angeles, California 90067-6029 |
| | | Telephone: (310) 789-3100 |
| | | nspear@susmangodfrey.com |
| | | Attorneys for Intervenor-Defendant |
| | | Alliance of Californians for Community Empowerment Action |

ZACKS & FREEDMAN, PC
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: August 3, 2023          */s/ Emily Brough*
                                Emily Brough

**ZACKS & FREEDMAN, PC**
1970 BROADWAY, SUITE 1270
OAKLAND, CA 94612

# PROOF OF SERVICE
United States District Court—Northern District of California- Case No.: 3:22-cv-01274-LB

I, Angelica Nguyen, declare that:

I am employed in the County of San Francisco, State of California. I am over the age of 18, and am not a party to this action. My business address is 601 Montgomery Street, Suite 400, San Francisco, California 94111.

On August 3, 2023, I served:

**JOINT CASE MANAGEMENT STATEMENT**

in said cause addressed as follows:

| | |
|---|---|
| PACIFIC LEGAL FOUNDATION<br>JONATHAN HOUGHTON (NJ Bar No. 369652021)<br>3100 Clarendon Blvd., Suite 610<br>Arlington, VA 22201<br>BRIAN HODGES (WA Bar No. 31976)<br>SAM SPIEGELMAN (NY Bar No. 5573100)<br>255 South King Street, Suite 800<br>Seattle, WA 98104<br>Email: JHoughton@pacificlegal.org<br>Email: BHodges@pacificlegal.org<br>Email: SSpiegelman@pacificlegal.org<br>*Attorney for John Williams, Robert Vogel, Sheanna Rogers, Michael Loeb, Jacqueline Watson-Baker, Housing Providers of America* | MARC SELTZER<br>KRYSTA K. PACHMAN<br>GLENN C. BRIDGMAN<br>NICHOLAS N. SPEAR<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Email: mseltzer@susmangodfrey.com<br>Email: kpachman@susmangodfrey.com<br>Email: gbridgman@susmangodfrey.com<br>Email: nspear@susmangodfrey.com<br>*Attorneys for Intervenor-Defendant Alliance of Californians for Community Empowerment Action* |
| MATTHEW D. ZINN<br>EDWARD T. SCHEXNAYDER<br>MINDY K. JIAN<br>SHUTE, MIHALY & WEINBERGER LLP<br>396 Hayes Street<br>San Francisco, CA 94102<br>Email: Zinn@smwlaw.com<br>Email: Schexnayder@smwlaw.com<br>Email: mjian@smwlaw.com<br>*Attorney for Alameda County and Alameda County Board of Supervisors* | BARBARA J. PARKER<br>MARIA BEE<br>ALLISON EHLERT<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612<br>E-Mail: aehlert@oaklandcityattorney.org<br>*Attorney for City of Oakland and Oakland City Council* |
| // | |

CHRISTOPHER E. SKINNELL
HILARY J. GIBSON
NIELSEN MERKSAMER
PARRINELLO GROSS & LEONI LLP
2350 Kerner Boulevard, Suite 250
San Rafael, CA 94941
Email: cskinnell@nmgovlaw.com
Email: hgibson@nmgovlaw.com
*Attorneys for Plaintiffs and Petitioners California Apartment Association Stephen Lin, Lakesh and Tripti Jain, Alison Mitchell, Michael Hagerty, H. Alex, Dannie Alvarez*

**/XX/   (BY ELECTRONIC SERVICE)** Based on a court order or an agreement of the parties to accept electronic service, I caused the said document to be served electronically through the CM/ECS System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on August 3, 2023 at San Francisco, California.

_____
ANGELICA NGUYEN