MATTHEW D. ZINN (State Bar No. 214587)
EDWARD T. SCHEXNAYDER (State Bar No. 284494)
MINDY K. JIAN (State Bar No. 336139)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile:  (415) 552-5816
Zinn@smwlaw.com
Schexnayder@smwlaw.com
Mjian@smwlaw.com

Attorneys for Defendants and Respondents
Alameda County and Alameda County
Board of Supervisors

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JAQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA,<br><br>Plaintiffs and Petitioners,<br><br>v.<br><br>ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS, CITY OF OAKLAND, OAKLAND CITY COUNCIL, and DOES 1-10,<br><br>Defendants and Respondents,<br><br>v.<br><br>ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION,<br><br>Defendant-Intervenor. | Case No. 3:22-cv-01274-LB<br>Case No. 3:22-cv-02705-LB (related)<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Hon. Laurel Beeler<br><br>Action Filed: March 1, 2022<br><br>Trial Date:        none set |

Defendants and Respondents Alameda County and Alameda County Board of Supervisors hereby notify the Court of the Ninth Circuit's recent decision in *GHP Management Corp. v. City of Los Angeles*, No. 23-55013, 2024 WL 2795190 (9th Cir. May 31, 2024). The *GHP Management* decision supports the County's motion to dismiss Plaintiffs' physical and regulatory takings claims. *See* Dkt. 151. In particular, the Ninth Circuit held that the plaintiffs failed to state a physical taking because "a statute that merely adjusts the . . . terms of eviction . . . does not effect a taking." 2024 WL 2795190, at *1. The Ninth Circuit also held that the plaintiffs failed to state a regulatory taking because they "failed to allege the diminution in property values they suffered as a result of the eviction moratorium, and alleged only the amount of rent lost." *Id.* at *2 (citing *Colony Cove Props., LLC v. City of Carson*, 888 F.3d 445, 450 (9th Cir. 2018)). The decision was issued after briefing and hearing on the County's motion in this case.

DATED: June 3, 2024                         SHUTE, MIHALY & WEINBERGER LLP

                                            By:  /s/ *Matthew D. Zinn*
                                                 MATTHEW D. ZINN
                                                 EDWARD T. SCHEXNAYDER
                                                 MINDY K. JIAN

                                                 Attorneys for Defendants and Respondents
                                                 Alameda County and Alameda County
                                                 Board of Supervisors