RYAN RICHARDSON, City Attorney, SBN 223548
MARIA BEE, Chief Assistant City Attorney, SBN 167716
ALLISON EHLERT, Supervising Deputy City Attorney, SBN 230362
ANYA KU, Deputy City Attorney, SBN 333893
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3596; Fax: (510) 238-6500
Email: AEhlert@oaklandcityattorney.org
Email: AKu@oaklandcityattorney.org
X05405/3419039

Attorneys for Defendants
CITY OF OAKLAND and
OAKLAND CITY COUNCIL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN WILLIAMS, ROBERT VOGEL, SHEANNA ROGERS, MICHAEL LOEB, JACQUELINE WATSON-BAKER, and HOUSING PROVIDERS OF AMERICA, a 501(c)(4) non-profit Corporation,<br><br>Plaintiffs and Petitioners<br><br>v.<br><br>ALAMEDA COUNTY, ALAMEDA COUNTY BOARD OF SUPERVISORS, CITY OF OAKLAND, OAKLAND CITY COUNCIL and DOES 1-10,<br><br>Defendants and Respondents,<br><br>v.<br><br>ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION,<br><br>Defendant-Intervenor. | Case No. 3:22-cv-01274-LB<br>Case No. 3:22-cv-02705-LB (related)<br><br>**STIPULATION EXTENDING DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>Hon. Laurel Beeler<br><br>Action Filed: March 1, 2022<br>Trial Date: None Set |

WHEREAS, Defendants City of Oakland, Oakland City Council, Alameda County, and Alameda County Board of Supervisors and Intervenor-Defendant Alliance of Californians for Community Empowerment Action (collectively "Defendants") filed motions to dismiss Plaintiffs' First Amended and Supplemental Complaint for Damages and Petition for Writ and Request for Immediate Stay;

WHEREAS, on September 3, 2024, the Court entered an Order granting Defendants' motions to dismiss, dismissing Plaintiffs' regulatory takings claims without prejudice, all other claims with prejudice, and Plaintiff Housing Providers of America;

WHEREAS, the Order further directed Plaintiffs to file any amended complaint within 28 days of entry of the order;

WHEREAS, on September 18, 2024, and pursuant to the parties' stipulation, the Court entered an order extending Plaintiffs' deadline to file any amended complaint to December 2, 2024;

WHEREAS, on December 3, 2024, and pursuant to the parties' stipulation, the Court entered an order extending Plaintiffs' deadline to file any amended complaint to January 31, 2025;

WHEREAS, on January 21, 2025, and pursuant to the parties' stipulation, the Court entered an order extending Plaintiffs' deadline to file any amended complaint to March 3, 2025;

WHEREAS, the September 18, 2024 and January 21, 2025 orders reiterated that the parties' initial disclosures are due either (A) four weeks after filing of Defendants' answers or (B) four weeks after resolution of a motion to dismiss;

WHEREAS, the January 21, 2025 order also extended Defendants' deadline to file an answer or motion to dismiss to 30 days after service of an amended complaint;

WHEREAS, on March 3, 2025, Plaintiffs filed and served a Second Amended and Supplemental Complaint for Damages and Petition for Writ and Request for Immediate Stay ("SAC");

WHEREAS, on March 21, 2025, and pursuant to the parties' stipulation, the Court entered an order extending Defendants' deadline to respond to the SAC to May 19, 2025;

1

WHEREAS, the March 21, 2025 order extended Plaintiffs' deadline to oppose any motions to dismiss to June 30, 2025, and Defendants' deadline to reply to July 31, 2025, and set a hearing on any motions to dismiss for August 14, 2025;

WHEREAS, the March 21, 2025 order also reiterated that the parties' initial disclosures are due either (A) four weeks after filing of Defendants' answers or (B) four weeks after resolution of a motion to dismiss;

WHEREAS, Defendants require additional time to prepare their responses to the SAC;

WHEREAS, if Defendants file motions to dismiss, the parties will require additional time to prepare opposition and reply briefs;

IT IS THEREFORE STIPULATED by and among the parties that:

1.      Defendants' deadline to respond to the SAC is extended by 14 days such that any answer or motion to dismiss must be filed by June 2, 2025.

2.      Plaintiffs' opposition to any motions to dismiss must be filed by July 14, 2025.

3.      Defendants' replies in support of any motions to dismiss must be filed by August 4, 2025.

4.      The hearing on Defendants' motions to dismiss remains set for August 14, 2025, at 9:30 a.m.

5.      The parties' deadline to file initial disclosure is either (A) June 30, 2025, if Defendants file answers, or (B) four weeks after resolution of Defendants' motions to dismiss, if Defendants file such motions.

6.      The parties request that the Court enter the attached order accordingly.

7.      This stipulation may be executed in counterparts.

Dated: May 15, 2025                           RYAN RICHARDSON, CITY ATTORNEY


                                        By:   /S/ Anya Ku
                                              ALLISON EHLERT
                                              ANYA KU
                                              Attorneys for Defendants and Respondents, CITY OF
                                              OAKLAND and OAKLAND CITY COUNCIL

2

1    Dated: May 15, 2025                    SHUTE, MIHALY & WEINBERGER LLP

2

3                              By:    /S/ Matthew D. Zinn
                                      MATTHEW D. ZINN
4                                     EDWARD T. SCHEXNAYDER
                                      MINDY K. JIAN
5                                     Attorneys for Defendants and Respondents, ALAMEDA
                                      COUNTY and ALAMEDA COUNTY BOARD OF
6                                     SUPERVISORS

7    Dated: May 15, 2025                    SUSMAN GODFREY LLP

8

9                              By:    /S/ Mark Seltzer
                                      MARC SELTZER
10                                    KRYSTA K. PACHMAN
                                      GLENN C. BRIDGMAN
11                                    NICHOLAS N. SPEAR
                                      Attorneys for Intervenor-Defendant ALLIANCE OF
12                                    CALIFORNIANS FOR COMMUNITY
                                      EMPOWERMENT ACTION
13

14   Dated: May 15, 2025                    ZACKS & FREEDMAN, PC

15

16                             By:    /S/ Andrew M. Zacks
                                      ANDREW M. ZACKS
17                                    EMILY L. BROUGH
                                      Attorneys for Plaintiffs and Petitioners JOHN WILLIAMS,
18                                    ROBERT VOGEL, SHEANNA ROGERS, MICHAEL
                                      LOEB, JACQUELINE WATSON-BAKER, AND
19                                    HOUSING PROVIDERS OF AMERICA, et al.

20        I hereby attest that I have on file all holographic signatures corresponding to any

21   signatures indicated by the conformed signature (/S/) within this e-filed document.

22

23   Dated: May 15, 2025                    /S/ Anya Ku

24

25

26

27

28

# [~~PROPOSED~~] ORDER

The parties having met and conferred and entered the foregoing Stipulation, which the Court has reviewed, and good cause appearing, the Court hereby orders that:

1.      Defendants' deadline to respond to the SAC is extended by 14 days such that any answer or motion to dismiss must be filed by June 2, 2025;

2.      Plaintiffs' opposition to any motions to dismiss must be filed by July 14, 2025;

3.      Defendants' replies in support of any motions to dismiss must be filed by August 4, 2025;

4.      The hearing on Defendants' motions to dismiss remains set for August 14, 2025, at 9:30 a.m.; and

5.      The parties' deadline to file initial disclosures is either (A) June 30, 2025, if Defendants file answers, or (B) four weeks after resolution of Defendants' motions to dismiss, if Defendants file such motions.

**IT IS SO ORDERED.**

Dated: _____May 19, 2025_____          _____

HON. LAUREL BEELER
United States Magistrate Judge

3:22-cv-01274-LB

1

**PROOF OF SERVICE**
**John Williams, et al. vs. Alameda County, et al.**
**United States District Court Case No. 3:22-cv-01274-LB**

2

3

     I am a resident of the State of California, over the age of eighteen years, and not a party
to the within action.  My business address is City Hall, One Frank H. Ogawa Plaza, 6th Floor,
Oakland, California 94612.  On the date set forth below, I served the within documents:

4

5

     **STIPULATION EXTENDING DEADLINE TO RESPOND TO SECOND**
     **AMENDED COMPLAINT; [PROPOSED] ORDER**

6

7      ☒     **By email service.**
                ☒  I sent the documents by electronic transmission or notification to the person(s) at
8                   the email addresses listed below.
                ☒  I submitted the documents to an E-Filing Service Provider which in turn serves
9                   the documents via email to the persons(s) at the e-mail address(es) listed below.

10

| | |
|---|---|
| ANDREW M. ZACKS<br>EMILY L. BROUGH<br>ZACKS, FREEDMAN & PATTERSON, PC<br>1970 Broadway, Suite 1270<br>Oakland, CA 94612<br>Email: az@zpflaw.com<br>Email: emily@zpflaw.com<br><br>*Attorneys for Plaintiffs and Petitioners, John Williams, Robert Vogel Sheanna Rogers, Michael Loeb, Jacqueline Watson-Baker, Housing Providers of America* | CHRISTOPHER E. SKINNELL<br>HILARY J. GIBSON<br>NIELSEN MERKSAMER PARRINELLO<br>GROSS & LEONI LLP<br>2350 Kerner Boulevard, Suite 250<br>San Rafael, CA 94941<br>Email: cskinnell@nmgovlaw.com<br>Email: hgibson@nmgovlaw.com<br><br>*Attorneys for Plaintiffs and Petitioners California Apartment Association Stephen Lin, Lakesh and Tripti Jain, Alison Mitchell, Michael Hagerty, H. Alex, Dannie Alvarez* |
| PACIFIC LEGAL FOUNDATION<br>JONATHAN HOUGHTON<br>3100 Clarendon Blvd., Suite 610<br>Arlington, VA 22201<br>BRIAN HODGES<br>SAM SPIEGELMAN<br>255 South King Street, Suite 800<br>Seattle, WA 98104<br>Email: JHoughton@pacificlegal.org<br>Email: BHodges@pacificlegal.org<br>Email: SSpiegelman@pacificlegal.org<br><br>*Attorneys for John Williams, Robert Vogel, Sheanna Rogers, Michael Loeb, Jacqueline Watson-Baker, Housing Providers of America* | MARC SELTZER<br>KRYSTA K. PACHMAN<br>GLENN C. BRIDGMAN<br>NICHOLAS N. SPEAR<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Email: mseltzer@susmangodfrey.com<br>Email: kpachman@susmangodfrey.com<br>Email: gbridgman@susmangodfrey.com<br>Email: nspear@susmangodfrey.com<br><br>*Attorneys for Intervenor-Defendant Alliance of Californians for Community Empowerment Action* |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MATTHEW D. ZINN
EDWARD T. SCHEXNAYDER
MINDY K. JIAN
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Email: Zinn@smwlaw.com
Email: Schexnayder@smwlaw.com
Email: mjian@smwlaw.com

*Attorneys for Alameda County and Alameda County Board of Supervisors*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 15, 2025, at Oakland, California.

_____
Lisa Maxwell

STIPULATION EXTENDING DEADLINE TO RESPOND                    3:22-cv-01274-LB
TO SAC; [PROPOSED] ORDER