UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOHN WILLIAMS, et al., | Case No. 22-cv-01274-LB |
| Plaintiffs, | |
| v. | **AMENDED JUDGMENT** |
| ALAMEDA COUNTY BOARD OF SUPERVISORS, et al., | |
| Defendants. | |
| CALIFORNIA APARTMENT ASSOCIATION, et al., | Case No. 22-cv-02705-LB |
| Plaintiffs, | |
| v. | |
| BOARD OF SUPERVISORS OF THE COUNTY OF ALAMEDA, et al., | |
| Defendants. | |

The court previously dismissed all claims with prejudice except the regulatory-taking claim. On August 29, 2025, the court dismissed the regulatory-taking claim with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the court now enters judgment in favor of the defendants and against the plaintiffs. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 29, 2025

_____
LAUREL BEELER
United States Magistrate Judge